AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Frank Rocco Giustino

*Defendant*

)
) Case: 1:22-mj-00002
) Assigned To : Harvey, G. Michael
) Assign. Date : 01/03/2022
) Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Frank Rocco Giustino,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 01/03/2022

*Issuing officer's signature*
G. Michael Harvey
2022.01.03 15:13:02 -05'00'

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/03/2022, and the person was arrested on *(date)* 01/11/2022
at *(city and state)* KINGS PARK, NY.

Date: 1/11/2022

*Arresting officer's signature*
Charles Knapp

CHARLES KNAPP, INVESTIGATOR
*Printed name and title*