UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :    Case No. 22-mj-002 (ZMF) |
| | : |
| **FRANK ROCCO GIUSTINO,** | : |
|             Defendant. | : |
| | : |

**ORDER**

This matter having come before the Court pursuant to an Unopposed Motion to Continue, upon consent, it is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearing on March 8, 2022 be continued for good cause to May 10, 2022 at 1:00 p.m.; and it is further.

ORDERED that the time between March 8, 2022 and May 10, 2022 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and Defendant in a speedy trial, as a continuance will provide the parties additional time to engage in a pretrial resolution and additional time to review discovery.

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE