# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  :  <br>  : <br>  : <br> v.  :  Case No. 22-mj-002 <br>  : <br> **FRANK ROCCO GIUSTINO,**  : <br>  : <br> **Defendant.**  : | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Evan Sugar, counsel for Frank R. Giustino ("the defendant"), hereby submit the following Joint Status Report. The parties also respectfully move the Court to continue the Status Conference currently scheduled for July 11, 2022 for a period of approximately 60 days, and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in a criminal complaint with: Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(G) (ECF No. 1).

2. Counsel has requested to review the data extracted from the defendant's devices pursuant to a search warrant and the government has provided that data on a hard drive. Defense needs additional time to review same.

3. The parties believe it is in the interest of justice to toll the Speedy Trial Act while defense reviews discovery and the parties discuss resolving the matter. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

4. Therefore, the parties request the July 11, 2022 Status Conference be continued for approximately 60 days, and that there is an exclusion of time under the Speedy Trial Act from July 11, 2022, through the next scheduled Status Conference.

5. The defendant is out of custody.

6. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/   
Douglas G. Collyer
Assistant United States Attorney
Capitol Riot Detailee
NDNY Bar No.: 519096
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov

   /s/   
Evan Sugar
Federal Public Defender
Counsel for Frank R. Giustino
Federal Defenders New York
770 Federal Plaza
Central Islip, NY 11722
(631) 712-6502
Evan_Sugar@fd.org