UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 22-mj-002 |
| FRANK ROCCO GIUSTINO,<br>Defendant. | : |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on July 11, 2022 be continued for good cause until September 13, 2022 at 1:00 PM; and it is further

**ORDERED** that the time between July 11, 2022 and September 13, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to produce and review discovery.

_____
THE HONORABLE G.MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE