| | |
|---|---|
| United States District Court<br>For the District of Columbia<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>**Chief and Presiding Judge**<br>**James Emanuel Boasberg** | Leave to file GRANTED<br><br>_/s/ JEB_   5/30/23<br>James E. Boasberg      Date<br>United States District Judge |
| USA<br><br>v.<br><br>Frank Rocco Giustino | Case #23-cr-16 |
| | **For the Record** |

Frank Rocco Giustino feels compelled to terminate the services of Evan Flinn Sugar in order to file, on the record, the oath of office of James Emanuel Boasberg, the Chief Judge and Judge presiding over this criminal case. The clerk of court is reminded: *18 USC §2076 and 18 USC §1512(b)*. Upon File Day when this Document is mailed or delivered to a professional process server, Frank Rocco Giustino is *pro se* and therefore, leeway is to be granted regarding form.

Evan Flinn Sugar has already delayed this important filing for over four weeks. It is a simple task to file the oath of office signed by James Emanuel Boasberg into the record of this case. Also, the oath of office for the former Chief Judge, Beryl Alaine Howell, is to be put into the court record. Attached lastly are screenshots positively identifying Evan Flinn Sugar.

Frank Rocco GIUSTINO

Sworn to Before me

Jennifer A Binder
22nd of May 2023

JENNIFER ANN BINDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. [illegible]
Qualified in [illegible] County
Commission [illegible]

RECEIVED
MAY 24 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

STATE OF NEW YORK
COUNTY OF NASSAU                    SS:
COUNTY CLERK'S OFFICE

I, MAUREEN O'CONNELL, County Clerk of the County of Nassau, State of New York and also Clerk of the Supreme Court in and for said County and State, the same thing being a Court of Record and having a seal;

DO HEREBY CERTIFY THAT *JENNIFER ANN BINDER*

Whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of their official character, and autograph signature, have been filed in my office; that as such the Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public or have compared the signature on the annexed instrument with their autograph signature deposited in my office,

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at MINEOLA, NASSAU COUNTY, NEW YORK on this 22TH Day of MAY, 2023.

*Maureen O'Connell*
County Clerk

k Giustino
cking Redeemed in Lawful Money ******0365

Statement Period: All Dates | Date of Statement: 05/22/20

## nding Transactions (2)

ding transactions may not be the final amount that posts to account.

| TE | DESCRIPTION | AMO |
|---|---|---|
| /22/23 | 794383 NASSAU COUNTY CLERK MINEOLA NYUS | -$3 |
| /22/23 | 892612 EVO EZPAY LLC MELVILLE NYUS | -$0 |



**Xpress-pay**
**Your Partner in ePayments**

Home

**Thank You for your Payment**

This is your receipt for payment. A copy is also being sent to you by email.
Please print this receipt and retain it for your records.

| Payment date: | 5/22/2023 11:27:50 AM | Payment type: | credit |
|---|---|---|---|
| Payer's email: | | Account: | *************9438 |
| Transaction ID: | 64383089955 | | |

| Description | Amount | Interest | Total |
|---|---|---|---|
| Nassau County Clerk, State of New York Receiving, 5/22/2023, NOTARY AUTHENTICATION, FRANK R GIUSTINO | $3.00 | $0.00 | $3.00 |
| | | Subtotal: | $3.00 |
| | | Site fee: | $0.74 |
| | | Payment total: | $3.74 |

**The following charges will appear on your credit card or checking account statement:**
**$3.00: Nassau County Clerk**
**$0.74 to EVO eZpay, LLC for the site fee listed above**

Privacy and Security · Terms of Use

©2005-2023 Systems East, Inc.
All rights reserved



Nassau County Government Building
Visitor Pass

# Frank Giustino

Monday, 05 22 2023



**U.S. Department of Justice**
Office of Information Policy
*441 G Street, NW*
*Sixth Floor*
*Washington, DC, 20530-0001*

*Telephone: (202) 514-3642*

April 26, 2023

Frank Giustino

Re:   FOIA-2023-00872
       DRH:GMG

Dear Frank Giustino:

      This responds to your Freedom of Information Act request dated March 2, 2023, and received in this Office on March 9, 2023, in which you requested a copy of the Oath of Office for Judge James Emanuel Boasberg.

      Please be advised that this Office previously processed material concerning the individual named in your letter in response to prior FOIA request. I have determined that this material, totaling one page, is appropriate for release with excisions made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6), which pertains to information the release of which would constitute a clearly unwarranted invasion of personal privacy. Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

      For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

      You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, 441 G Street NW, Sixth Floor, Washington, DC 20530-0001; telephone at 202-514-3642.

      Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

      If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C.

-2-

20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____James Emanuel Boasberg_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __1st__ day of __April, 2011__.

_____
J. Truman Morrison

Actual abode: (b) (6)
Official station*  _____
Date of birth (b) (6)
Date of Entry on Duty   4/1/11

* Title 28, sec. 456 United States Code as amended.

U.S. Department of Justice
OIP/441 G St., NW
6th Floor

Washington, D.C. 20530

Official Business
Penalty for Private Use $300




Frank Giustino

1175434717 C004

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____James Emanuel Boasberg_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Columbia</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __1st__ day of __April, 2011__

_____
J. Truman Morrison

Actual abode: (b) (6)
Official station*
Date of birth (b) (6)
Date of Entry on Duty   4/1/11

* Title 28, sec. 456 United States Code as amended.



**U.S. Department of Justice**

Office of Information Policy
*441 G Street, NW*
*Sixth Floor*
*Washington, DC, 20530-0001*

*Telephone: (202) 514-3642*

April 21, 2023

Frank Giustino

Re:   FOIA-2022-01789
      DRH:GMG

Dear Frank Giustino:

  This responds to your Freedom of Information Act request dated August 11, 2022, and received in this Office on August 22, 2022, in which you requested copies of the Oaths of Office for Judge Beryl Howell and Magistrate Judge G. Michael Harvey.

  Please be advised that this Office previously processed records concerning one of the individuals named in your letter in response to prior FOIA requests. I have determined that this material, totaling one page, is appropriate for release with excisions made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6), which pertains to information the release of which would constitute a clearly unwarranted invasion of personal privacy. Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

  Regarding the portion of your request seeking records pertaining to Magistrate Judge Harvey, please be advised that the Office of Legal Policy, for which this Office processes FOIA requests, maintains records pertaining to all sitting federal judges, except magistrate, bankruptcy, Tax Court, Veterans Appeals Court, and military Courts of Appeal judges. The Administrative Office of the United States Courts (AOUSC) maintains the personnel files of all federal judges, including magistrate judges. As the AOUSC is an entity within the judicial branch, it is not subject to the FOIA. Although the policy of the AOUSC is not to release documents to the public, should you wish to contact that entity, its address follows:

> Judges Compensation and Retirement Services Office
> Administrative Office of the United States Courts
> One Columbus Circle, NE
> Washington, DC 20544

  For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, 441 G Street NW, Sixth Floor, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____Beryl Alaine Howell_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __21st__ day of _____January, 2011_____

_____

Actual abode:          (b) (6)
Official station*      United States District Court for the District of Columbia
Date of birth          (b) (6)
Date of Entry on Duty  January 21, 2011

---

* Title 28, sec. 456 United States Code as amended.

**Envelope:**

U.S. Department of Justice
OF/441 G St, NW
6th Floor
Washington, D.C. 20530

Official Business
Penalty for Private Use $300

UNITED WE STAND
US POSTAGE $000.60

FRANK GIUSTINO

1175434717 C004

---

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____Beryl Alaine Howell_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __21st__ day of __January, 2011__.

_____

Actual abode:           (b) (6)
Official station*       United States District Court for the District of Columbia
Date of birth           (b) (6)
Date of Entry on Duty   January 21, 2011

---

* Title 28, sec. 456 United States Code as amended.

NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.

Criminal Number  22-MJ-02

Frank Rocco Giustino
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Evan Sugar
(Attorney & Bar ID Number)

Federal Defenders of New York, Inc.
(Firm Name)

770 Federal Plaza
(Street Address)

Central Islip, NY 11722
(City)          (State)          (Zip)

631-712-6500
(Telephone Number)

# New York State Unified Court System

## Attorney Online Services - Search

### Attorney Detail Report as of 01/25/2023

| | |
|---|---|
| **Registration Number:** | 4927711 |
| **Name:** | EVAN FLINN SUGAR |
| **Business Name:** | FEDERAL DEFENDERS OF NEW YORK, INC. |
| **Business Address:** | 770 FEDERAL PLZ<br>CENTRAL ISLIP, NY 11722-4466<br>(Suffolk County) |
| **Business Phone:** | (631) 712-6500 |
| **Email:** | |
| **Date Admitted:** | 05/18/2011 |
| **Appellate Division Department of Admission:** | 1st |
| **Law School:** | BENJAMIN N. CARDOZO SCHOOL OF LAW |
| **Registration Status:** | Attorney - Due to Register within 30 Days of Birthday |
| **Next Registration:** | Jan 2023 |

### Disciplinary History

*No record of public discipline*



The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.