Leave to file GRANTED
[signature] 6/8/23
James E. Boasberg Date
Chief Judge

| United States District Court<br>For the District of Columbia<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001 | |
|---|---|
| USA<br><br>v.<br><br>Frank Rocco Giustino | *Case #23-cr-16* |

**Refusal for Cause**
**Rules B(1)(c) and E(4)(f)**

Comes now Frank Rocco of the GIUSTINO family and Redeemed. Title 12 USC §411 allows for "Them", "*They* shall be redeemed..." to make demand and be removed from the national debt Special Drawing Rights (SDR) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act. Gold is fine white powder. Frank Rocco GIUSTINO, known as Frank Giustino in this Court, has not been arraigned. The speedy trial clock is long spent.

U.S. Reserve Assets (Table 3.12)
Millions of dollars, end of period

Make Full Screen

| | Asset | 2019 | 2020 | 2021 | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023/p |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total | 129,479 | 144,890 | 251,238 | 232,852 | 239,667 | 243,758 | 247,104 | 243,476 | 246,990 | 246,686 |
| 2 | Gold stock[1] | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 |
| 3 | Special drawing rights[2,3] | 50,749 | 52,942 | 163,639 | 154,212 | 158,807 | 163,537 | 163,338 | 161,246 | 163,241 | 163,455 |
| 4 | Reserve position in International Monetary Fund[2,5] | 26,153 | 36,370 | 35,832 | 33,777 | 34,399 | 34,570 | 34,970 | 34,585 | 35,142 | 34,583 |
| 5 | Foreign Currencies[4] | 41,536 | 44,537 | 40,735 | 33,821 | 35,020 | 37,209 | 37,755 | 36,605 | 37,596 | 37,628 |

1 Gold held "under earmark" at Federal Reserve Banks for foreign and international accounts is not included in the gold stock of the United States; see table 3.13, line 3. Gold stock is valued at $42.22 per fine troy ounce. Return to table

2 Special drawing rights(SDRs) are valued according to a technique adopted by the International Monetary Fund (IMF) in July 1974. Values are based on a weighted average of exchange rates for the currencies of member countries. From July 1974 through December 1980, sixteen currencies were used; since January 1981, five currencies have been used. U.S. SDR holdings and reserve positions in the IMF have also been valued on this basis since July 1974. Return to table

3 Includes allocations of SDR's in the Special Drawing Account in the International Monetary Fund, plus or minus transactions in SDR's. Return to table

4 Includes holdings of Treasury and Federal Reserve System; consistent with the Quarterly Report on Treasury and Federal Reserve Foreign Exchange Operations, foreign currency denominated assets are shown not at market value but rather at amortized cost revalued at current foreign currency market exchange rates in order to report these assets in U.S. dollars. Excludes outstanding reciprocal currency swaps with foreign central banks. As of end-April 2023 there were $410.0 million swaps outstanding. Return to table

5 IMF data include the reserve tranche position and, as of May 2011, New Arrangements to Borrow. Return to table

*Search "Fed Assets Current" for the latest report.*

Especially notice Footnote 2 and coined definition for SDR is: ***The measure of social conditioning to blindly endorse private credit from the local central bank (Federal Reserve).***

RECEIVED
JUN - 5 2023
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

JUN - 5 2023

# "Yellen updates US debt default deadline to June 5"

**AFP** https://insiderpaper.com/author/afp/
May 26, 2023 4:53 pm

Source: YouTube Screenshot

*US Treasury Secretary Janet Yellen warned Friday of a possible US debt default on June 5 if Congress fails to raise the ceiling on borrowing, updating a previous estimate of June 1.*

*"Based on the most recent available data, we now estimate that Treasury will have insufficient resources to satisfy the government's obligations if Congress has not raised* ***or suspended***[1] *the debt limit by June 5," she wrote in a letter to the Republican speaker of the House of Representatives, Kevin McCarthy.* (Fit to DOCX for clarity. Emphasis added to "suspended".)

Frank Rocco refuses for cause the two oaths of the alleged judicial officers presiding over this case because they are both deviant in form. Additionally, Evan Flinn SUGAR has been negligent and misleading in many ways. Elaboration in chambers is possible through at least 10 itemized grievances covering 20 pages of documentation. These conversations have been

[1] DC USDC service is scheduled for June 5, 2023; 1133 13th St NW STE C4, Washington, DC 20005 - (202) 459-4760

consistently witnessed by Frank Rocco's family. Evan Flinn SUGAR was technically unregistered with the State during this period of "plea bargain" - See Doc 36, Page 13 of 13. Therefore, it is presumed Frank Rocco has no recourse to the alleged bonding from the State as an insurance company. As demonstrated within the refusals for cause on the face of both the HOWELL and BOASBERG oaths of office, Frank Rocco has not been arraigned, as it is impossible for the signing attorneys to explain the nature and cause of the accusation and any and all explanations are considered poor legal advice, indeed. The deviations in form, from the form prescribed by Congress, are fraudulent and hereby refused for cause, timely. Frank Rocco has never been arraigned and therefore the speedy trial clock is spent, by any possible interpretation, and there are no judicial officers present to preside over the trial. There is no possibility of sovereign or judicial immunity for alleged judicial officers committing such blatant fraud.

Below and fully integrated, please find the oaths, refused for cause.

[signature]

Frank Rocco GIUSTINO

Redeemed Lawful Money
Pursuant to 12 USC §411
https://uscode.house.gov/

Notary:
Sworn to before me 2nd of June 2023

[signature]

JENNIFER ANN BINDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BI6405916
Qualified in Nassau County
Commission Expires March 16, 2024

**STATE OF NEW YORK**
**COUNTY OF NASSAU** **SS:**
**COUNTY CLERK'S OFFICE**

**I, MAUREEN O'CONNELL, County Clerk of the County of Nassau, State of New York and also Clerk of the Supreme Court in and for said County and State, the same thing being a Court of Record and having a seal;**

**DO HEREBY CERTIFY THAT *JENNIFER ANN BINDER***

**Whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of their official character, and autograph signature, have been filed in my office; that as such the Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public or have compared the signature on the annexed instrument with their autograph signature deposited in my office,**

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at MINEOLA, NASSAU COUNTY, NEW YORK on this 2ND Day of JUNE, 2023.**

Maureen O'Connell
**County Clerk**

**Bethpage**
Frank Giustino
Checking Redeemed in Lawful Money ******0365

*Transaction History*

Statement Period: **All Dates** | Date of Statement: **06/02/2023**

## Pending Transactions (2)

*Pending transactions may not be the final amount that posts to account.*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02/23 | 794383 NASSAU COUNTY CLERK MINEOLA NYUS | -$3.00 |
| 06/02/23 | 892612 EVO EZPAY LLC MELVILLE NYUS | -$0.74 |

Xpress-pay
Your Partner in ePayments

Home

**Thank You for your Payment**

This is your receipt for payment. A copy is also being sent to you by email.
Please print this receipt and retain it for your records.

**Payment date:** 6/2/2023 3:40:14 PM
**Payer's email:** [redacted]
**Transaction ID:** 64405067771

**Payment type:** credit
**Account:** ************9438

| Description | Amount | Interest | Total |
|---|---|---|---|
| Nassau County Clerk, State of New York Receiving, 6/2/2023, NOTARY AUTHENTICATION, FRANK R GIUSTINO | $3.00 | $0.00 | $3.00 |

**Subtotal:** **$3.00**
**Site fee:** **$0.74**
**Payment total:** **$3.74**

**The following charges will appear on your credit card or checking account statement:**
**$3.00: Nassau County Clerk**
**$0.74 to EVO eZpay, LLC for the site fee listed above**

Privacy and Security . Terms of Use

©2005-2023 Systems East, Inc.
All rights reserved

Official Receipt for Recording in:

Nassau County Clerk
240 Old Country Road
Mineola, NY 11501

Issued To:
FRANK R GIUSTINO

NY

Recording Fees

| Filing Type | Number Vol# Page Time | Recording Amount |
|---|---|---|
| Z19 - NOTARY AUTHENTICATION | 03:41:33p | 3.00 |
| G5 Notary Fee DR-JENNIFER ANN BINDER | 3.00 | |
| | | 3.00 |

Collected Amounts

| Payment Type | | Amount |
|---|---|---|
| Credit Card X-Pay | 64405067771 | 3.00 |
| | | 3.00 |

Total Received : 3.00
Less Total Recordings: 3.00
Change Due .00

Thank You
MAUREEN OCONNELL - County Clerk

By - 001 CHR

Receipt# 2915688 Date 06/02/2023 Time 03:41p

Nassau County Government Building
Visitor Pass

# Frank Giustino

Friday, 06 02 2023

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Beryl Alaine Howell, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

Refusal For Cause

NO!!

Beryl A. Howell
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 21st day of January, 2011.

Royce C. Lamberth

Actual abode: (b) (6)
Official station* United States District Court for the District of Columbia
Date of birth (b) (6)
Date of Entry on Duty January 21, 2011

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, James Emanuel Boasberg, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

Refusal for Cause

No!!

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 1st day of April, 2011.

J. Truman Morrison

Actual abode: (b) (6)

Official station*

Date of birth (b) (6)

Date of Entry on Duty 4/1/11

* Title 28, sec. 456 United States Code as amended.