### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| ***v.*** | ) | **Case No. 1:23-cr-00016 (JEB)** |
| | ) | |
| **FRANK ROCCO GIUSTINO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in this case as retained, but Pro Bono, counsel for

**DEFENDANT FRANK ROCCO GIUSTINO**.

Dated July 10, 2023                              Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 10th day of July 2023, a copy of the foregoing was served upon all

parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart Esq.
Carolyn Stewart, Esq.