UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Case No. 1:23-cr-016 (JEB) |
| ) | |
| FRANK ROCCO GIUSTINO,     ) | |
| ) | |
| Defendant.                ) | |

**CONSENT MOTION TO CONTINUE SENTENCING HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Comes now the Defendant, FRANK ROCCO GIUSTINO, by and through undersigned counsel, and respectfully moves this court to adjourn the sentencing hearing set for Thursday, July 13, 2023, in the above-captioned matter, until September 18, 2023 or thereafter. Government counsel consents to this continuance motion. The Defendant requests the additional time in the interests of justice and for good cause, and Mr. Giustino supports his request as follows:

**I.    FACTS**

Mr. Giustino was arrested on January 11, 2022 in New York on a complaint for actions on January 6, 2021. He was released on bond but not charged with any crime for over a year while the case remained open with the magistrate with no motion to dismiss. He was charged on January 11, 2023 by Information filing. ECF No. 31.

On or by January 18, 2023 his attorney requested and was granted a plea hearing for February 1, 2023. He received a plea offer from the government on or about January 28, 2023. Mr. Giustino's former attorney presented him with the plea offer and Statement of the Offense on or about 10:00 a.m. February 1, 2023 at an office meeting. Mr. Giustino was arraigned and then pled guilty to Count 4 of the Information, 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) at the hearing before His Honor at 11:00 a.m. on February 1, 2023.

In apparent error, neither the signed plea agreement nor the Statement of Facts were entered in the public docket in PACER.

Sentencing was set for May 2, 2023. On April 17, 2023, Mr. Giustino's former attorney moved for a continuance of sixty days, unopposed, to allow him to continue preparing the Sentencing Memorandum in support of the Defendant. ECF No. 35. Sentencing was reset to June 16, 2023. Mr. Giustino's former attorney requested on June 9, 2023 that the June 16, 2023 hearing be converted to a status conference. ECF No. 41. The Defendant failed to appear, and the conference was reset for June 23, 2023 where Mr. Sugar was terminated as Mr. Giustino's attorney, and sentencing was reset for July 13, 2023.

## II.   DISCUSSION

Mr. Giustino realized after assessment and despite his belief on June 23, 2023 - given what had or had not been provided to him by his former attorney and his unintended ability to write and speak outside the accepted decorum of this Court - that he needed assistance. Mr. Giustino's mistake in believing he could represent himself had a base in anxiety that he will work on proceeding forward. He apologizes for untoward language and speech. He reached out seeking legal advice after realizing that he was mistaken in believing he could represent himself. He decided by this past weekend that he would be better served with representation than by attempting to proceed pro se even with legal advice by others.

As to being able to prepare, counsel admits not being able to properly represent Mr. Giustino on July 13, 2023. A crash preparation effort is not feasible. Mr. Sugar, former attorney, affirmed today that he had not written a draft or any version of the sentencing memorandum. With not even a draft, Mr. Giustino admits he is unskilled in the legal arguments and factors that should be addressed.  Additionally, Mr. Giustino was never provided the Presentence Investigation

Report. As such, it has never been reviewed for error or for objection. As of this writing and today's appearance by the undersigned, Mr. Giustino for one reason or another had not been provided discovery as previously requested, including videos that he believes show some exculpatory information as to his behavior on January 6, 2021. Because of the lack of case material and skill, Mr. Giustino will be prejudiced in trying to move forward on his own should a continuance be denied, while undersigned counsel asks this honorable Court to continue the date so she may properly prepare, defend, and represent him.

As importantly to the reasons above is the timely provision of a sentencing memorandum where the Court can receive and read it. The continuation time frame includes an allowance for Mr. Giustino's sentencing memorandum, as well as any objection the Government may consider providing in writing. The undersigned wishes to advise the Court that schedule-wise, she is in the midst of preparation for a trial that begins on August 7, 2023. That trial will be followed by another consuming legal matter (one not before the U.S. District Court for DC) until September 5, 2023.

### III.  CONCLUSION

Because of schedule conflicts and the requirement to properly prepare and represent Mr. Giustino, the undersigned requests that the Court continue the sentencing, with time allowed after September 5, 2023 for Defense review of discovery, completion of the sentencing memorandum, and provision of objections if necessary for the Presentence Investigation Report.

Wherefore for good cause and in the interest of the ends of justice, the Court should approve the continuance, and the attached, proposed order. The parties request that the Court exclude the time until the sentencing hearing, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Dated July 10, 2023       Respectfully submitted,

                /s/ *Carolyn A. Stewart*
                Carolyn A. Stewart, Bar No. FL-0098
                Defense Attorney
                Stewart Country Law PA
                1204 Swilley Rd.
                Plant City, FL 33567
                Tel: (813) 659-5178
                Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 10th day of JULY 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

            /s/ Carolyn Stewart Esq.
            Carolyn Stewart, Esq.