# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-CR-00016 (JEB) |
| ) | |
| FRANK ROCCO GIUSTINO, ) | |
| ) | |
| Defendant. ) | |

## (PROPOSED) ORDER

Upon consideration of the Defendant's Motion to Modify Release Conditions, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that ECF No. 8 now includes the Middle District of Florida in items (7)(a) and (7)(t).

**ORDERED** that the District Of Columbia Pretrial Services Agency will coordinate transfer of courtesy supervision from the Eastern District of New York to the Middle District of Florida where upon completion the Defendant will no longer report to New York supervision.

**ORDERED** that all other of the Defendant's Conditions of Release remain unchanged, and where he was notified of his required appearance for sentencing on September 29, 2023,

**SO ORDERED** on this ___ day of July, 2023.

HONORABLE James E. Boasberg  
United States District Chief Judge