UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-016 (JEB) |
| | ) | |
| FRANK ROCCO GIUSTINO, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW AS COUNSEL

The Defendant, by and through the undersigned counsel, hereby moves the Court to allow Counsel to withdraw from Mr. Giustino's above numbered case. Mr. Giustino wishes to proceed pro se. The following supports the request:

### FACTS

1. On July 9, 2023 Mr. Guistino was in a pro se status. He sought pro bono representation by Ms. Stewart. After a review of the case activities on the docket and discussions with the Defendant and family, Ms. Stewart entered her appearance on July 10, 2023. She noted by motion that for representation she required time past the scheduled July 13, 2023 sentencing.

2. Upon request by Consent Motion, (ECF No. 50) the Court vacated the July 13, 2023 sentencing hearing. The Court and parties rescheduled sentencing for September 29, 2023 to allow the undersigned to prepare Mr. Giustino's sentencing memorandum and to represent him at the proceeding. The undersigned requested a date amenable to the parties in September 2023. ECF No. 50 Consent Motion was granted by minute order on 7/11/2023.

3. Mr. Giustino has in his possession or has secure email and cloud access to all his sensitive and non-sensitive discovery and the documents filed by the Government for sentencing.

4. Mr. Giustino knows his sentencing memorandum is due by September 22, 2023.

5. A material error in the PSR is the date on Page 4, under A.1., that incorrectly lists the Information date as being January 11, 2022. The correct date is January 11, 2023. Mr. Giustino understands he may ask for a PSR correction at his sentencing proceeding since the PSR is final.

6. Mr. Giustino privately advised the undersigned on August 24, 2023 that he no longer requires her legal services.

7. Ms. Stewart, via email and secure cloud services, with timely support by the Government in providing discovery on USAfx, has provided the entire case file she possesses to Mr. Giustino.

## ARGUMENT

In relieving current counsel, Mr. Giustino decided to proceed pro se at his September 29, 2023 sentencing hearing by this Court in Washington, D.C. He has almost a month to prepare his sentencing memorandum and for review of what comprises sentencing proceedings. There are numerous examples of sentencing memorandums on-line should Mr. Giustino wish to follow standards for content.[1] He can research available transcripts from other sentencing proceedings.[2]

## CONCLUSION

Because Ms. Stewart was "retained" as pro bono counsel, she should not be required to remain on the case, to include in an advisory role, having been asked to withdraw by the Defendant.

**Wherefore**, given the above facts, this honorable Court should grant this motion allowing Ms. Stewart to withdraw and relieve her of all duties as to this case. A proposed order is attached.

---

[1] Courtlistener.com is one source aside from required purchases on PACER. For example: https://www.courtlistener.com/docket/59142599/united-states-v-cudd/
[2] See Chansley transcript for example at https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/Jacob Anthony Chansley Sentencing Hearing Transcript.pdf

2

Dated August 25, 2023               Respectfully submitted,

                    /s/ *Carolyn A. Stewart*
                    Carolyn A. Stewart, Bar No. FL-0098
                    Defense Attorney
                    Stewart Country Law PA
                    1204 Swilley Rd.
                    Plant City, FL 33567
                    Tel: (813) 659-5178
                    Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 25th day of AUGUST 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                    /s/ *Carolyn Stewart*
                    Carolyn Stewart, Esq.