# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  )
)
      v.               )          **Case No. 1:23-CR-00016 (JEB)**
)
FRANK ROCCO GIUSTINO,    )
)
      Defendant.    )

## (PROPOSED) ORDER

Upon consideration of the Motion to Withdraw as Attorney, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that Ms. Stewart is terminated from representation of Mr. Giustino and all associated duties;

**ORDERED** that Mr. Giustino now reverts to pro se status.

**SO ORDERED** on this ____ day of August, 2023.

HONORABLE James E. Boasberg
United States District Chief Judge
