Leave to file GRANTED

James E. Boasberg
Chief Judge

Date 9/26/23

| United States District Court<br>For the District of Columbia<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001 | |
| --- | --- |
| USA<br><br>v.<br><br>Frank Rocco Giustino | *Case #23-cr-16* |
| **INTERLOCUTORY ALLOCUTION** | |

Comes now, Frank Rocco of the GIUSTINO family and Redeemed. Title 12 USC §411 allows for "Them", "*They* shall be redeemed..." to make demand and be removed from the national debt Special Drawing Rights (SDR) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act. Gold is fine white powder (monatomic ORME; Orbitally Rearranged Monatomic Element[s]). Frank Rocco GIUSTINO, known as Frank Giustino in this Court, has been arraigned. The speedy trial clock is long spent.

There has been a **CLEAR violation of 28 USC §453: Oaths of justices and judges** in **CASE # 1:23−cr−00016−JEB−1 (USA v. GIUSTINO)** against Frank Rocco GIUSTINO, by all names, and factually − with discrepancies in the process that are preventing justice for Frank Rocco, rendering the plea "bargain" vacant and thus making a sentencing or trial impossible.

The fraudulent written oaths of HOWELL and BOASBERG have been effectively **Refused for Cause under Rules B(1)(c) and E(4)(f)** as an Estoppel served June 5th, 2023 for the public record, as this "Court" is committing and ignoring fraud, and thus is this a *void ab initio* vitiation of all agreements, lacking all bonds *(See - Document 39, Pages 6 and 7 of 7 for proof)*.

RECEIVED

SEP 2 2 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ James Emanuel Boasberg _____ , do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ 1st _____ day

of __ April, 2011. __

_____
J Truman Morrison

Actual abode:          (b) (6)

Official station*

Date of birth          (b) (6)

Date of Entry on Duty        4/1/11

_____
* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Beryl Alaine Howell _____ , do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __21st__

day of _____ January, 2011 _____

_____

Actual abode:          (b) (6)
Official station[*]     United States District Court for the District of Columbia
Date of birth           (b) (6)
Date of Entry on Duty   January 21, 2011

_____

[*] Title 28, sec. 456 United States Code as amended.

28 USC §453 was sent to Frank Rocco by public "defender" Evan Flinn SUGAR

(2/14/23) in discussing jurisdiction for comparing the HOWELL & BOASBERG written oaths –

advising not a plea nor sentencing be imposed were the oaths not taken as to statute, conforming.

Compare 28 USC §453 to the following written oaths; justices REHNQUIST & KAVANAUGH.

---

**28 USC 453: Oaths of Justices and judges**
Text contains those laws in effect on July 4, 2023

From Title 28-JUDICIARY AND JUDICIAL PROCEDURE
    PART I-ORGANIZATION OF COURTS
        CHAPTER 21-GENERAL PROVISIONS APPLICABLE TO COURTS AND JUDGES
Jump To:
    Source Credit
    Miscellaneous
    Amendments
    Effective Date

---

## §453. Oaths of Justices and judges

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, _____ XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States. So help me God."

(June 25, 1948, ch. 646, 62 Stat. 907 ; Pub. L. 101–650, title IV, §404, Dec. 1, 1990, 104 Stat. 5124 .)

### HISTORICAL AND REVISION NOTES

Based on title 28, U.S.C., 1940 ed., §§241, 372, and District of Columbia Code, 1940 ed., §§11–203, 11–303 (R.S.D.C., §752, 18 Stat. pt. II, 90; Feb. 9, 1893, ch. 74, §3, 27 Stat. 435 ; Mar. 3, 1901, ch. 854, §223, 31 Stat. 1224 ; Mar. 3, 1911, ch. 231, §§136, 137, 257, 36 Stat. 1135 , 1161; Feb. 25, 1919, ch. 29, §4, 40 Stat. 1157 ).

This section consolidates sections 11–203 and 11–303 of District of Columbia Code, 1940 ed., and section 372 of title 28, U.S.C., 1940 ed., with that portion of section 241 of said title 28 providing that judges of the Court of Claims shall take an oath of office. The remainder of said section 241 comprises sections 171 and 173 of this title.

The phrase "justice or judge of the United States" was substituted for "justices of the Supreme Court, the circuit judges, and the district judges" appearing in said section 372, in order to extend the provisions of this section to judges of the Court of Claims, Customs Court, and Court of Customs and Patent Appeals and to all judges of any court which may be created by enactment of Congress. See definition in section 451 of this title.

The Attorney General has ruled that the expression "any judge of any court of the United States" applied to the Chief Justice and all judges of the Court of Claims. (21 Op. Atty. Gen. 449.)

#### EDITORIAL NOTES

#### AMENDMENTS

**1990**-Pub. L. 101–650 substituted "under the Constitution" for "according to the best of my abilities and understanding, agreeably to the Constitution".

#### STATUTORY NOTES AND RELATED SUBSIDIARIES

#### EFFECTIVE DATE OF 1990 AMENDMENT

Amendment by Pub. L. 101–650 effective 90 days after Dec. 1, 1990, see section 407 of Pub. L. 101–650, set out as a note under section 332 of this title.

## Supreme Court of the United States

No. ----- October Term, 1985

I, WILLIAM H. REHNQUIST, do solemnly swear that I
will administer justice without respect to persons, and do
equal right to the poor and to the rich, and that I will
faithfully and impartially discharge and perform all the
duties incumbent upon me as Chief Justice of the United States
according to the best of my abilities and understanding,
agreeably to the Constitution and laws of the United States.

So help me God.

*William H. Rehnquist*

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*Warren E. Burger*

Compare the Chief Justice REHNQUIST Oath to the September 1789 Judicary Act.

# Supreme Court of the United States

*October Term, 2018*

I, Brett M. Kavanaugh, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

So help me God.

*Brett M. Kavanaugh*

Subscribed and sworn to before me
this 6th day of October, 2018

Associate Justice of the Supreme Court

The KAVANAUGH oath conforms to post-1990 law. It is concise and exact to the form Congress prescribes. It is not difficult for an attorney to read his own Oath of Office before signing, and to compare it to law for irregularities – intentional CAPITONYMS, included.

However, notice that Brett Michael could not find Chief Justice ROBERTS to sign for a witness, and apparently Anthony McLeod KENNEDY would not sign as the predecessor to KAVANAUGH's new post. It is arguable that Brett has to settle for his own signature as Witness, tilted and scribbled so that it can be read either way. See Anthony's signature from a couple months earlier, when he designated himself Senior Justice.

**Supreme Court of the United States**
**Washington, D. C. 20543**

CHAMBERS OF
JUSTICE ANTHONY M. KENNEDY

June 27, 2018

My dear Mr. President,

This letter is a respectful and formal notification of my decision, effective July 31 of this year, to end my regular active status as an Associate Justice of the Supreme Court, while continuing to serve in a senior status, as provided in 28 U.S.C. § 371(b).

For a member of the legal profession it is the highest of honors to serve on this Court. Please permit me by this letter to express my profound gratitude for having had the privilege to seek in each case how best to know, interpret, and defend the Constitution and the laws that must always conform to its mandates and promises.

Respectfully and sincerely,

*Anthony M. Kennedy*

The President
The White House
Washington, D.C. 20500

# "Justices To Decide Whether To Take The Trump 14th Amendment Case"

1945  by John Rossomando  September 2023



Donald Trump speaking at the 2013 Conservative Political Action Conference (CPAC)
in National Harbor, Maryland.

"The U.S. Supreme Court justices will decide whether to take the case of John Castro v. Donald
Trump at their September 26 conference, and a decision as to whether to take the case will be
made by Saturday, October 9.

Castro, a Texas tax attorney, claims that Trump participated in an insurrection against the U.S.
government by organizing his rally against certification of the 2020 election on Jan. 6, 2021. He
is a declared candidate for the Republican nomination and has previously run for various offices.
Castro ran for his first race in 2004 as a Democrat. He is currently running as a write-in
candidate.

Castro's initial suit was tossed in June by Federal District Judge Aileen Cannon, the judge
overseeing Trump's classified documents case, due to lack of standing."

Judge Aileen CANNON and Chief Justice ROBERTS proper oaths under 28 U.S.C. §453 were both FOIA requested by Frank Rocco in a shared Registered Mail letter with USPS, sent out to the Department of Justice's Office of Information Policy on July 13th, 2023, and last scanned four day later, July 17th, 2023. Despite expecting 'Registered Mail' to be of the highest priority in premium mailing services with assurance of security under lock and safe – with grounds for termination of USPS employees if ever lost – the letter was just that, never to be found delivered or seen again by the USPS and DOJ staff with no proof of delivery signature.

Frank Rocco opened up an investigation via the USPS customer support phone-line after realizing only until a couple of weeks later that the FOIA Request was never signed as delivered with Tracking – its position unmoved. The same concerned USPS representative looking into the matter on the phone call notified Frank that the in-network email service needed to further assist with this mystery was suddenly unresponsive. Soon after reporting, all internal phone-lines went down between USPS stations for the rest of the week, as told to Frank by his local USPS office.

The uncanny timing of this company-wide communication blackout was said to directly impede the USPS investigation into Frank's missing FOIA Request – with a seasoned employee elsewhere declaring mail-in ballot collusion as the reason for the decline in the US postal service. With USPS only able to apologize – the Registered letter still shows as lost In Transit, 9/19/23.

**Tracking Number:**

# RF239033345US

Copy    Add to Informed Delivery

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Moving Through Network**
In Transit to Next Facility, Arriving Late
July 17, 2023

**Departed Post Office**
KINGS PARK, NY 11754
July 13, 2023, 8:35 pm

See All Tracking History

# The Law Dictionary

Your Free Online Legal Dictionary • Featuring Black's Law Dictionary, 2nd Ed.

**CAPITIS DIMINUTIO Definition & Legal Meaning**

**Definition & Citations:**

"In Roman law, A diminishing or abridgment of personality. Tills was a loss or curtailment of a man's status or aggregate of legal attributes and qualifications, following upon certain changes in his civil condition. It was of three kinds, enumerated as follows: Capitis diminutio maxima. The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights. Capitis diminutio media. A lesser or medium loss of status. This occurred where a man lost his rights of citizenship, but without losing his liberty. It carried away also the family rights. Capitis diminutio minima. Tile lowest or least comprehensive degree of loss of status. This occurred where a man's family relations alone were changed. It happened upon the arrogation of a person who had been his own master, (sui juris,) or upon the emancipation of one who had been under the patria potestas. It left the rights of liberty and citizenship unaltered. See Inst. 1, 1G, pr.; 1, 2, 3; Dig. 4, 5, 11; Mackeld. Rom. Law."

**NOTE:** The CAPITIS DIMINUTIO and CAPITONYM of "So help me God." has been changed from its Plain English on the HOWELL & BOASBERG Oaths, and as NOT being in the correct form prescribed by Congress under the Constitution necessary for a claim of proper jurisdiction. No federal "judges" using the CAPITONYM "SO HELP ME GOD." can make rulings in Article III, nor preside over Frank Rocco as a living man Redeemed outside of the national debt.

Additionally, there is no OMB (Office of Management and Budget) number on the civil Oath of Office by HOWELL or BOASBERG, with the BOASBERG civil oath not provided by FOIA Request, at all. This leaves it questionable to whether or not Congress would ever be covering recourse for any inappropriate behaviors by either "officer" for such acts against Frank Rocco of blatant fraud committed – chronicled and ongoing throughout this INTERLOCUTORY ALLOCUTION NOTICE OF LIEN on this "Court" – a court not of record nor viable bonding.

# APPOINTMENT AFFIDAVITS

United States District Judge

*(Position to which Appointed)*

December 27, 2010

*(Date Appointed)*

U.S. District Court

*(Department or Agency)*

District of Columbia

*(Bureau or Division)*

Washington, DC

*(Place of Employment)*

I, Beryl Alaine Howell _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 21st day of January , 2011

at Washington, DC

*(City)*        *(State)*

(SEAL)

*(Signature of Officer)*

Commission expires_____

*(If by a Notary Public, the date of his/her Commission should be shown)*

CHIEF JUDGE

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

Using HOWELL's Appointments Affidavit as federal "judge" and civil servant, see its "Note."

*Note - If the appointee objects to the form of the oath on religious grounds certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.*

https://www.congress.gov/bill/103rd-congress/house-bill/1308

Passed Senate amended (10/27/1993)

**Religious Freedom Restoration Act of 1993** - Prohibits any agency, department, or official of the United States or any State (the government) from substantially burdening a person's exercise of religion even if the burden results from a rule of general applicability, except that the government may burden a person's exercise of religion only if it demonstrates that application of the burden to the person: (1) furthers a compelling governmental interest; and (2) is the least restrictive means of furthering that compelling governmental interest.

Sets forth provisions pertaining to judicial relief, attorney's fees, and applicability.

Declares that: (1) nothing in this Act shall be construed to interpret the clause of the First Amendment to the Constitution prohibiting the establishment of religion; (2) the granting of government funding, benefits, or exemptions, to the extent permissible under that clause, shall not constitute a violation of this Act; and (3) as used in this Act, "granting" does not include the denial of government funding, benefits, or exemptions.

This Act describes and details the sanctity of the verbiage as prescribed by Congress regarding the judicial Oaths of Office – that while one is included in the fidelity bonding regardless of religious preferences, as nobody can alter the Oath of Office more than to strike-through, "So help me God." and the word "swear" for affirm. While capitonyms, combined with "swear or affirm" make a certain amount of sense to attorneys, these changes are clearly illegal.

Beryl Alaine HOWELL struck her hand (MINUTE ORDER 22-mj-02 5/26/22) as a "judicial officer" to the matter of Discovery and Disclosure, months before BOASBERG was assigned presiding "judge". A FOIA Request was mailed out in August of 2022 for the purpose of the Department of Justice's Office of Information Policy to provide Frank Rocco with a HOWELL written oath as a fidelity (trust) bond, due to the highly politicized nature of these Cases. Not yet arraigned, Frank Rocco desired comfort in a written trust bond versus a verbal judicial notice so that the Court could be upheld to its claim of honoring his rights in bonded signature and writing by the time an incoming plea "bargain", arraignment or trial, were to occur.

Frank Rocco quickly followed up this first Certified Mail FOIA Request attempt in a timely manner with a second letter for HOWELL's written oath, due to the USPS "losing" the first written FOIA Request (despite having Certified "Tracking") within their system – with an investigation conducted by the USPS claimed as CLOSED without a solution. This would be the first of three separate unresolved and recorded instances of tampered or missing (Certified, later Registered) mail using the USPS throughout the duration of this Case, all containing materials related to Oaths of Office, either sent or received by Frank Rocco in relation to the D.C. area.

The Department of Justice finally received and acknowledged the FOIA Request for HOWELL with a mailed letter response, but the oath was not provided within the expected time-frame for FOIA Requests, citing "unusual circumstances." The HOWELL written oath was not provided to Frank Rocco by the DOJ in time for any plea "bargain" negotiations in January 2023 for this reason. With HOWELL later revealed to be only pretending to be a federal judge – this is a fatal flaw, in the process of prosecuting Frank Rocco. There is no way to provide Frank Rocco with any proper trial with illegal disclosure and discovery, and after the Speedy Trial Clock has been exhausted to no fault of his, due to these judicial officers not bonded by any proper oath.

During the aforementioned "plea bargain negotiations" in January 2023, public "defender" SUGAR negotiated the plea "bargain" *without* himself as "Evan Flinn SUGAR" - being properly bonded by the State of New York (as an insurance company) as shown in *Document 36, Page 13 of 13 - "Registration Status"*.

Primary as to why it is inappropriate to continue this prosecution, are the deviant oaths, Refused for Cause, and SUGAR's lapse in bonding since January 1st, 2023, coincided with multiple failing duties to Frank Rocco around this exact window of extensive legal malpractice.

**NOTICE** that these alleged "officers" are subject to personal lien as they have no judicial or sovereign immunity.

1. Frank Rocco was misinformed on part by the DOJ prosecutor Douglas COYLLER through public "defender" SUGAR when asking for documented Oaths of Office for judges – told to Frank Rocco via email that the **written Oaths of Office for federal officers do not exist.**

2. SUGAR failed to bring up an opportunity to **MOTION to DISMISS with prejudice** with Frank Rocco not being charged over one year after an arrest on a complaint. (*18 USC Ch. 208: Speedy Trial - §3161 and §3162, as originally said by now-terminated pro bono Carolyn STEWART as her primary reasoning for her MOTION for CONTINUANCE in Doc 50.*)

3. Frank Rocco – never made aware of a **MOTION to DISMISS** – was coaxed into his reluctantly-made plea "bargain" through the private discussions of SUGAR and COLLYER, already misleading Frank about the existence of written oaths. A plea was threatened by SUGAR (with family as witness) as the only way of likely avoiding any jail-time. The plea of which, was hastily rushed into – **undocketed** and **SEALED** from record, unknown why – with Frank Rocco being asked to sign it in **the same session** right before the 2/1/23 plea hearing with BOASBERG.

Frank Rocco was incredibly hesitant towards taking a plea in this politicized Case, a case now proven on record to be rife with judicial fraud. Frank's desire for written oaths as trust bonds in hand, displayed concerns made clear to public "defender" Evan Flinn SUGAR in email conversations, even a couple of days before BOASBERG was assigned to CASE # 23-cr-00016.

It seems highly implausible that both Mr. COLLYER as a DOJ prosecutor, and Mr. SUGAR as the Court-appointed public "defender", could have gotten this information so wrong, unless it were intended to deceive and deter Frank Rocco from the pursuit of "judges" written oaths. Through the DOJ's eventual FOIA Request Response fulfillment – it was revealed the Oaths are to be found with errors, and refused for cause on record, as such. This would be the concealment by the Department of Justice itself (also prosecuting Frank and J6'ers) of the very necessary document(s) needed to prove to everyone (including the world and public) that the trust bonds between Frank Rocco, the Court and its "officers" are null and void – *void ab initio*.

Both the DOJ and SUGAR either knew and are expected to know that federal judges have to sign written Oaths of Office according to law. Furthermore, SUGAR stuck to asserting Frank's issues were about whether HOWELL and BOASBERG have oaths in place at all, while not having oaths would easily vacate the entire prosecution – SUGAR also stating in an email he could suffer sanctions for filing the 20-page letter by Frank Rocco *(mentioned in Document 39)*.

This 20-page letter SUGAR refused to file on record right before plea (initially promising Frank Rocco a write-up could be filed) expressed the intent for FOIA requesting written oaths of alleged judges on this Case – a pursuit SUGAR soon encouraged after plea, but later avoided like the plague once the DOJ delivered oaths of HOWELL & BOASBERG *(Doc – 36)*. Frank added proof of written oaths for D.C. judges – to Evan's claim he didn't know they existed. The letter:

I've been told by my attorney that he and the prosecutor believe that I am unable to receive my request for any Judges' oaths of office in written form before the Court prior to my arraignment hearing, where I will be given the options to plead, or go to trial. Due to the nature of this plea bargain, I am expected to make the decision in accepting a sentence without knowing the exact extent of what I would ultimately be receiving. Therefore, I am extremely uncomfortable signing anything without knowing the verified qualifications of the court first, presiding over such a sentencing process that will determine the outcome of my situation, and my life. This has put undue pressure on my right to view and request a properly certified oath of office for Chief Judge HOWELL during the months up until very recently that I've spent without a judge yet assigned to me because I had not been arraigned.

Before I make my choice, please see my good faith effort in order to acquire the oath of offices for Judges on my case, and not to mistake this demand as combative towards anyone in the justice system. As stated in my FOIA Requests, this is intended to improve the justice system through public understanding of the operations and activities of the federal government in order to fully comprehend the nature of the judiciary and judicial officers presiding over these hearings. I believe I cannot be arraigned until I understand the nature and cause of the prosecution and court, so it's only appropriate that I can be informed about any fidelity bonding regarding said judicial officers.

I am providing evidence of my due diligence below with my good faith attempts at FOIA Requests mailed to the Department of Justice, the first copy of which was acknowledged by the USPS to be stuck in transit despite a USPS Tracking number, delaying my Request. This was after my Request attempt to use FOIAonline.gov, which was deemed "improper." A follow up second FOIA Request for the Department of Justice was needed to replace the first. A mailed FOIA Request was also sent to the Office of Government Information Services. This was suggested by the Department of Justice's own Office of Information Policy in their response letter to me, to aid in the search for the oaths I'm looking for. In addition, I've provided two examples of written oaths of office to show that they exist outside of a verbal oath.

My first online attempt below was deemed "improper" by the FOIAonline. This led to me writing my FOIA Requests in an effort for finding the proper written form of the oaths of office to validate the Court through Judge fidelity bond.

**Request Confirmation**



| Request Information | | | | Collapse ▬ |
|---|---|---|---|---|
| Tracking Number | CBP-2022-113402 | Request Phase | Submitted | |
| Requester Name | Under Agency Review | Description | I am requesting the (two) signed oath of office by the | |
| Submitted Date | 08/04/2022 | | following Judges: Beryl Alaine Howell, Chief Judge and | |
| | | | G. Michael Harvey, Magistrate Judge. Thanks! | |



Final Disposition, Request CBP-2022-113402

From ▢ no-reply@foiaonline.gov
To

CBP-2022-113402 has been processed with the following final disposition: Improper FOIA Request for Other Reasons.

Below was my interaction with a United States Postal Service (USPS) representative and their acknowledgment of my first Request's unconfirmed delivery with USPS Tracking. The first FOIA Request I sent on August 11th, 2022 did not progress past its "In Transit, Arriving Late" Status by the time they closed my case complaint as "resolved!"

I was told by the rep that "after we review and investigate the information you have provided, we will contact you and work with you until the issue is resolved." They did not find my letter and I did not receive a resolution in a timely manner before the then-unknown time waiting to be arraigned.

Instead, I was issued an apology over my issue not in fact, being resolved. This delayed my Request for the oaths and warranted the aforementioned second mailing of my Request for the oaths of office.

Here are my emails with reference numbers showing my exchanges with USPS representatives in chronological order that were sent to me alongside reoccurring phone calls.

Dear Frank Giustino,

This email confirms we have re-opened and escalated your service request with USPS®.

Service Request ID: 42114153

Subject: Reopened Service Request

Thank you again for bringing this to our attention, and your patience while we revisit this matter.

Please accept our apology for any frustration and inconvenience caused.

Sincerely,
Your United States Postal Service

Your privacy is important to us. If you would like additional information on our privacy policy, please visit us online at: www.usps.com/privacypolicy. Thank you again for bringing this to our attention, and your patience while we revisit this matter.

ref:_00Dj0GyYH._500t012AAX9:ref



Dear Frank Giustino,

This message is to let you know that we have received your inquiry at the United States Postal Service®.

After we review and investigate the information you have provided, we will contact you and work with you until the issue is resolved.

We appreciate your patience while we investigate this matter.

Sincerely,
Tracey Miles
MARYLAND

..........

Your privacy is important to us. If you would like additional information on our privacy policy, please visit www.usps.com/privacypolicy®.

ref:_00Dj0GyYH._500t012AAX9:ref

Matching reference numbers on the below "Resolved" apology email and its black header underneath shows USPS's last response being from the 30th of August without any exact whereabouts of my mail.



Dear Frank Giustino,

This is in response to your inquiry regarding the delivery of a package. Please accept our sincere apology for any inconvenience this matter may have caused you.

The Postal Service is aware of the frustration and disappointment caused when we do not live up to our commitment of safe and reliable mail service.

According to track and confirm, your package is currently in our network and being processed. The Postal Service is doing everything it can to deliver your package as soon as possible. However, you can initiate a missing mail search for this item online at USPS.com.

An apology is no substitute for good service, but I want to offer one on behalf of the Postal Service. Thank you for the opportunity to address this matter with you.

Sincerely,

Tracey Miles
Complaints & Inquiry Clerk

**Consumer Affairs**
..........

Your privacy is important to us. If you would like additional information on our privacy policy, please visit us online at: www.usps.com/privacypolicy.

ref:_00Dj0GyYH._500t012AAX9:ref

Your USPS Service Request #42114153 Has Been Resolved! [ ref:_00Dj0GyYH._500t012AAX9:ref ]

From  USPS Customer Support
To

Below is my envelope and receipt with USPS Tracking for my unconfirmed delivery of my first written FOIA Request. The accompanying "In Transit, Arriving Late" USPS Tracking Status found online with the receipt's Tracking # was stuck as being last seen on the 15th of August, 2022. It remained there for the entire lead up to the final resolution that USPS gave me on the location of my letter, as being in an unspecific part of their network.



**Tracking Number: 9500112454632223600115**

| | Status |
|---|---|
| Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility. | **In Transit, Arriving Late** |
| | August 15, 2022 |
| USPS Tracking Plus® Available ∨ | Change Delivery Instructions ∨ |

**Moving Through Network**

| | |
|---|---|
| Text & Email Updates | ∨ |
| Delivery Instructions | ∨ |
| Tracking History | ∧ |

August 15, 2022
In Transit, Arriving Late
Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

August 11, 2022, 7:59 pm
Departed Post Office
KINGS PARK, NY 11754

August 11, 2022, 1:42 pm
USPS in possession of item
KINGS PARK, NY 11754



**UNITED STATES POSTAL SERVICE**

KINGS PARK
125 E MAIN ST
KINGS PARK, NY 11754-3819
(800)275-8777

08/11/2022                                  01:43 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Package | 1 | | $4.60 |

Washington, DC 20530
Weight: 0 lb 0.30 oz
Estimated Delivery Date
  Sat 08/13/2022
Tracking #:
  9500 1124 5463 2223 6001 15

Grand Total:                                 $4.60

Cash                                         $5.00
Change                                      -$0.40

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
Go to www.covidtests.gov
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

or call 1-800-410-7420.

UFN: 354390-0754
Receipt #: 840-51170088-3-5643064-2
Clerk: 05

I sent the second Request based on the assumption that my current FOIA Request may not ever reach the Department of Justice in time before when I needed the oaths for arraignment. I added an Electronic Receipt Return and Priority Mail this time around to get it there safely and fast after waiting nearly 3 full weeks until deciding it was time to try again. This second FOIA Request to the Department of Justice is dated the same as the first lost Request, to preserve the intention that I had in sending it during the exact time I did before it was lost in transit. The receipt shows I immediately sent it the same day I felt I wasn't getting anywhere with the USPS on the 30th of August, 2022. It was this time that my Request appeared to be taken in by a recipient's electronic signature and responded to by letter from the Office of Information Policy. I was very happy to send my first successful FOIA Request.

SUPPLEMENTAL FREEDOM OF INFORMATION ACT REQUEST

August 11th, 2022 A.D.

Bobak Talebian, Director
Office of Information Policy
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Subject:  Freedom of Information Act ("FOIA") Request

Dear Mr. Talebian:

This is a request under the Freedom of Information Act. I request that a copy of the following documents be provided to Me, without delay:

1. proper Oaths of Office for United States Judges; Chief Judge Beryl Alaine Howell and Magistrate Judge G. Michael Harvey, as required by 28 U.S.C. section 453.

I request a waiver of all fees for this request.

Disclosure of the requested information to Me is in the public interest, because it is likely to contribute significantly to public understanding of the operations and activities of the federal government, and is not primarily in My commercial interest.

See also 5 U.S.C. 552(a)(4)(B). Statutes conferring original jurisdiction on federal district courts must be strictly construed.

If you are not the correct person to whom this FOIA request should be directed, please forward it without delay to the correct person(s).

Thank you for your timely consideration of this FOIA request.

Sincerely yours,

/s/ Frank R. Giustino

U.S. Mail to:



All Rights Reserved without Prejudice



**UNITED STATES POSTAL SERVICE.**

KINGS PARK
125 E MAIN ST
KINGS PARK, NY 11754-3819
(800)275-8777

08/30/2022                          09:09 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® | 1 | | $8.95 |

Window FR Env
  Washington, DC 20530
  Flat Rate
  Expected Delivery Date
    Thu 09/01/2022
  Tracking #:
    9510 8124 6463 2242 6051 95

| | | | |
|---|---|---|---|
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Signature | | | $3.65 |
| Confirm | | | |
| Total | | | $12.60 |

| | |
|---|---|
| Grand Total: | $12.60 |

| | |
|---|---|
| Cash | $13.00 |
| Change | -$0.40 |

****************************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits
Go to www.covidtests.gov
****************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

or call 1-800-410-7420

**(UN-FILED BY SUGAR DUE TO FEAR OF SANCTIONS - 1/25/2023)**

**Tracking Number:** 9510812454632242605135

**Status**

Your item was picked up at a postal facility at 4:55 am on September 2, 2022 in WASHINGTON, DC 20530 by JUSTICE 20530. The item was signed for by E ANDERSON.

✅ **Delivered, Individual Picked Up at Postal Facility**

September 2, 2022 at 4:55 am
WASHINGTON, DC 20530

USPS Tracking Plus® Available ⌄

Get Updates ⌄

Delivered



**(UN-FILED BY SUGAR DUE TO FEAR OF SANCTIONS - 1/25/2023)**

 **UNITED STATES POSTAL SERVICE**

September 2, 2022

Dear Frank Giustino:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9510 8124 5463 2242 6051 35**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | September 2, 2022, 4:55 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Actual Recipient Name:** | E ANDERSON |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | X *[signature]* ERNIE L. ANDERSON |
| Address of Recipient: | WASH. D.C. 20530 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The Department of Justice's Office of Information Policy did in fact receive my first FOIA Request that was still thought to be lost from the perspective of myself and the USPS (because USPS couldn't trace the exact location of their own Tracking #). The Office acknowledges my letter as being with them on the 22nd of August, 2022, which would've been several days **before** I spoke with the USPS representative about the ambiguous Transit Status of my Request on the 30th of August, 2022, and several days **after** from the day of the 15th of August, 2022 that USPS Tracking ceased to notify me of anymore progress on delivery.

Regardless of any confusion that transpired with the involvement of my first Request letter and its lack of real-time notification that I feel I should've received properly from the USPS, it wasn't until after my second FOIA Request with Electronic Receipt Return, that I soon thereafter received this letter from the Department of Justice.



Page 1 of the Department of Justice's response to my Request.



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

September 12, 2022

Frank Giustino
████████████
████████████

Re:  FOIA-2022-01789
     DRH:MSH

Dear Frank Giustino:

   This is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated August 11, 2022, and received in this Office on August 22, 2022, in which you requested copies of the Oaths of Office for Judge Beryl Howell and Magistrate Judge G. Michael Harvey.

   The records you seek require a search in and/or consultation with another Office, and so your request falls within unusual circumstances.  See 5 U.S.C. 552  (a)(6)(B)(i)-(iii) (2018).  Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute.  For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request.  At this time we have assigned your request to the complex track.  In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so that it can be placed in a different processing track.  You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options.  Any decision with regard to the application of fees will be made only after we determine whether fees will be implicated for this request.

   We regret the necessity of this delay, but we assure you that your request will be processed as soon as possible.  If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by telephone at the above number or you may write to the Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001.  Lastly, you may contact our FOIA Public Liaison, Valeree Villanueva, at the telephone number listed above to discuss any aspect of your request.

Page 2 of the Department of Justice's response to my Request.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Sincerely,
Initial Request Staff
Office of Information Policy
U.S. Department of Justice

I waited patiently for months, not sure when to expect a formal update on the status of the Department of Justice's search for the proper oaths of office. As my arraignment continued to be delayed for all of 2022, I also had to focus on my own life and well-being without having my head buried in my case, trusting that the Department of Justice would eventually give me an update on the location of the oaths that I've been responsibly and diligently asking for.

I made another good faith attempt to reach out to the FOIA Public Liaison over the phone with the number they listed in their response to my Request, calling every day for a week before I even knew that my Magistrate case was about to be closed on the 11th of January, 2023 while I was assigned a Judge. I called a few times consistently until my messages were picked up, and did receive a callback on the evening of the 13th of January, 2023. This call was only less than a few weeks away from when I am expected to plead.

The clerk was very patient with my inquiries and concerns. She was not at liberty to confirm, nor deny the presence of any written oaths of office in her Department or in general, still being contrary to the inquired information that my attorney received by both his legal associates and the prosecution over there not being any written oaths of office at all. Even still, the Liaison had assured me that they have **not stopped their search** and are **actively looking** for my Requests. They plan on contacting me once their complex-track, extended search for a written oath has concluded. Again, to verify the Court through the Judges' fidelity bond.



In addition to calling the Department of Justice's Office of Information Policy's FOIA Public Liaison in order to get this oath before arraignment, I also made a last-dtich effort to mail a FOIA Request for the proper written oaths with the Office of Government Information Services (OGIS). This was suggested to me in the above response letter by the Initial Request Staff of Department of Justice's own Office of Information Policy. On the phone call that I just provided with the Office of Information Policy's FOIA Public Liaison (I've already sent a FOIA Request to OGIS at this point only a day before my Magistrate case was closed, and a few days before our conversation), she insisted that the OGIS would use their best resources to look around and help the Department of Justice's search for the written oaths of office that I am requesting if there's a possibility.

I sent the FOIA Request to the Office of Government Information Services through Certified Mail, with an Electronic Receipt Return, to avoid any mail further problems. The Request has been received as of this time, but I have not heard a response back from the OGIS just yet. Again, I am acting on my greatest due diligence towards the responsibility I have towards myself by exercising my rights, for the betterment of the judicial system and its understanding.

---

SUPPLEMENTAL FREEDOM OF INFORMATION ACT REQUEST

January 10th, 2023 A.D.

Office of Government Information Services
National Archives and Records Administration
Room 2510, 8601 Adelphi Road
College Park, Maryland 20740-6001

Subject: Freedom of Information Act ("FOIA") Request

Dear OGIS:

This is a request under the Freedom of Information Act. I was referred by the Initial Request Staff of the U.S. Department of Justice's Office of Information Policy to contact your office in order to fulfil My request that a copy of the following documents be provided to Me, without delay:

1. proper Oaths of Office for United States Judges; Chief Judge Beryl Alaine Howell and Magistrate Judge G. Michael Harvey, as required by 28 U.S.C. section 453.

I request a waiver of all fees for this request.

Disclosure of the requested information to Me is in the public interest, because it is likely to contribute significantly to public understanding of the operations and activities of the federal government, and is not primarily in My commercial interest.

See also 5 U.S.C. 552(a)(4)(B). Statutes conferring original jurisdiction on federal district courts must be strictly construed.

If you are not the correct department to which this FOIA request should be directed, please forward it without delay to the correct person(s).

Thank you for your timely consideration of this FOIA request.

Sincerely yours,

/s/ Frank R. Giustino

U.S. Mail to:



All Rights Reserved without Prejudice

**(UN-FILED BY SUGAR DUE TO FEAR OF SANCTIONS - 1/25/2023)**



**UNITED STATES POSTAL SERVICE.**

EAST NORTHPORT
297 LARKFIELD RD
EAST NORTHPORT, NY 11731-2449
(800)275-8777

01/10/2023                                01:18 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $0.60 |

Letter
  College Park, MD 20740
  Weight: 0 lb 0.30 oz
  Estimated Delivery Date
    Fri 01/13/2023
  Certified Mail®                         $4.00
    Tracking #:
    70211970000039532656
  e-Return Receipt                        $2.00
Total                                         $6.60
--------------------------------------------------
Grand Total:                                  $6.60
--------------------------------------------------
                                              $6.60
Debit Card Remit
  Card Name:
  Account #:
  Approval #: 021759
  Transaction #: 014
  Receipt #: 021927
  Debit Card Purchase: $6.60
  AID: A0000000980840            Chip
  AL: US DEBIT
  PIN: Verified

    Use label # for inquiry on
    Return Receipt (Electronic).

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
  and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
      1-800-222-1811.

  In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
    Associate can show you how.

  For Return Receipt (by email), visit
  USPS.com, click on Track & Manage and
enter tracking number; click on drop-down
 arrow under Return Receipt Electronic;
enter name and email address and click on
      Request Email.

     Preview your Mail
    Track your Packages
    Sign up for FREE @
 https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
  Thank you for your business.

  Tell us about your experience.
Go to:https://postalexperience.com/Pos
or scan this code with your mobile device.

    or call 1-800-410-7420.

UFN: 352455-0731
Receipt #: 840-51170070-1-5430576-2
Clerk: 23

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com™.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required    $_____
☐ Adult Signature Restricted Delivery $_____

| | |
|---|---|
| Postage | $0.60 |
| Total Postage and Fees | $6.60 |

Sent To _____
Street and Apt. No., or PO Box No. _____
City, State, ZIP+4® _____

7021 1970 0000 3953 2656

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking Number:                                                                    Remove ✕

**70211970000039532656**

⧉ Copy     ⚐ Add to Informed Delivery

---

**Latest Update**

Your item was delivered to an individual at the address at 10:27
am on January 12, 2023 in COLLEGE PARK, MD 20740.

⊘ **Delivered**
**Delivered, Left with Individual**
COLLEGE PARK, MD 20740
January 12, 2023, 10:27 am

See All Tracking History

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®



**UNITED STATES**
**POSTAL SERVICE**

January 12, 2023

Dear Frank Giustino:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0000 3953 2656**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 12, 2023, 10:27 am |
| **Location:** | COLLEGE PARK, MD 20740 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 8601 ADELPHI RD |
| **City, State ZIP Code:** | COLLEGE PARK, MD 20740-6002 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *8601 Adelphi* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Here is proof of the existence of written oaths of office, with these two in particular being from the DC USDC. These are not unlike the oaths I have been trying to obtain. In order to verify the fidelity bond for the Chief Judge who signed off on my Magistrate case for example, I would need to see a written oath in good faith. I have very recently been told that oaths like these are unobtainable or non-existent, despite my efforts for months. I believe for that reason, especially, time should be given in order for them to be provided to me before arraignment.

To reiterate my initial honest to God sentiments that I've hopefully made clear, I've been told through the word of my attorney who has been inquiring about the oaths with others in his field and the prosecution, that there are **no signed oaths** for Judges. Only verbal.

**Genuinely and respectfully**, I am speaking this on my behalf because if I am to plea bargain for a sentence that I wouldn't know the exact extent of at the time of arraignment (even with my complete lack of any criminal history), then I feel that's what makes this uncomfortable for me to sign-off on for my rights. Without a documented validation of fidelity bonding currently in my possession through a Judge that presides over both my case and the upholding of our Constitution, I am simply now asking for these requested oaths of office as a means of a tangibly lawful assurance for me that there are no biases in the sentencing process within these highly politicized cases before I make any decision. I believe that is a fair, reasonable and an inoffensive right to exercise as an American who is newly in a Court of Law. I would be willing to make a more educated decision before arraignment if these written oaths are provided to me in such a duly manner.

For these primary reason and for all the other reasons I've stated in this letter, I feel that my rights cannot be protected while deciding before a Court to enter a plea bargain until the proper oaths of office are visible to me. I am bringing about the attention of the Court to these oaths, and I've made many proven good faith attempts in this letter as shown above, with the intention to verify the fidelity bond of the Court through the Judges' certified oaths of office. It's my due responsibility to MYSELF as well as the judicial system, to make sure I am comfortable and feeling safe before an honorary American Federal Court of Law (and its honorable Judges) above all else, prior to an agreement. I want to be certain that the Court's qualified judicial officers are acting on the behalf of everyone's best interests in order for me to make the best decisions towards the own right that I have for the defense of my health, my well-being, my life and my future! Thank you.

Frank Rocco Giustino.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ......Thomas F. Hogan......................................, do solemnly swear (or

affirm) that I will administer justice without respect to persons, and do equal right to the poor

and to the rich, and that I will faithfully and impartially discharge and perform all the duties

incumbent upon me as ...U.S. District Court Judge......., according to the best of my

abilities and understanding, agreeably to the Constitution and laws of the United States; and

that I will support and defend the Constitution of the United States against all enemies, foreign

and domestic; that I will bear true faith and allegiance to the same; that I take this obligation

freely, without any mental reservation or purpose of evasion; and that I will well and faithfully

discharge the duties of the office on which I am about to enter. So HELP ME GOD.

*[signature: Thomas F. Hogan]*

Subscribed and sworn to (or affirmed) before me this ........fourth.............. day

of .............October..................., 19..82.......

FOIA EXEMPTION (b)(6)

*[signature: John Lewis Smith, Jr.]*

John Lewis Smith, Jr.
Judge, United States
...District..Court..for..the..............
Actual abode ▮▮▮▮▮▮▮▮▮▮▮▮   District of Columbia
                                         United States District Court
Official station* ..Washington, D. C..   for the District of Columbia
                                         A TRUE COPY
Date of birth ....5/31/38...............

Date of entry on duty ..October 4, 1982....   JAMES F. DAVEY, CLERK,

                                         By ......................

Note—The Act of May 1, 1876 (Title 48, sec. 1466, United States Code), provides that the oaths of Territorial
Officers shall be administered in the Territory in which the office is held.
  *Title 28, sec. 456 United States Code, as amended.

                            001    Formerly G-22    FORM DAG-4  5-1-75

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Dabney L. Friedrich _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Columbia</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ____1st____

day of ____December 2017____.

_____
Chief Judge

Actual abode:        (b) (6)
Official station*    Washington, DC
Date of birth        (b) (6)
Date of Entry on Duty    12/1/17

---

* Title 28, sec. 456 United States Code as amended.

An "impartial" Court should not have its "judicial officers" fearful over a 20-page filing letter, detailing heartfelt intentions for Frank Rocco's defense in asking to provide a written Oath of Office as a fidelity (trust) bond – unless something is deeply wrong with the "Court" itself.

SUGAR was most concerned with the threat of "sanctions" for filing Frank's letter, as it may affect his job, claiming it would harm Frank's Case, too. SUGAR in an email described the egos of the judges being "over-sized" and asking for a written oath is liking asking for "papers." Isn't that the whole point of a public servant by law? To be bound by these "papers?" SUGAR claimed many times that there was "no justice" in this system and Court, as a means for "selling" the plea "bargain" to Frank Rocco with his family as witness – **MOTION to DISMISS** unstated.

Following SUGAR's callous reductionism of a written Oath of Office as contractual bond to mere "papers", Frank Rocco provided the defense attorney with a filing in the USSC by Petitoner Raland J. BRUNSON as making such an argument. Raland writes: *"If there is no penalty for violating the Oath, then it is not binding." (US Supreme Court CASE # 22-380).*

Before leaving SUGAR's office after the plea hearing concluded – with family as witness, Frank Rocco looked at SUGAR dead in the eyes – asking if SUGAR wouldn't hesitate to defend him and vacate the plea, were something to come out of his pursuit of the written oaths – BRUNSON or otherwise. Frank and SUGAR shook hands, with verbal confirmation to Frank that he wouldn't oppose such an opportunity, and memorialized in the later February 14th email.

SUGAR **encouraged** in that email for Frank Rocco to pursue the FOIA Requests of HOWELL and BOASBERG, telling Frank that if as a result of the requests it were found that these "judges" did not take the Oath of Office according to 28 U.S.C. 453, it would be a jurisdictional issue. It would be grounds to vacate Frank's plea – a sentencing not be imposed.


**And thus, as result of FOIA: BOASBERG & HOWELL did not take the conforming oaths.**

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ James Emanuel Boasberg _____ , do solemnly swear (or affirm) that I

will administer justice without respect to persons, and do equal right to the poor and to

the rich, and that I will faithfully and impartially discharge and perform all the duties

incumbent upon me as United States District Judge for the District of Columbia under the

Constitution and laws of the United States; and that I will support and defend the

Constitution of the United States against all enemies, foreign and domestic; that I will

bear true faith and allegiance to the same; that I take this obligation freely, without any

mental reservation or purpose of evasion; and that I will well and faithfully discharge the

duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___/$^{sr}$___ day

of __April, 2011.__ _____

_____
J. Truman Morrison

Actual abode: (b) (6)

Official station*

Date of birth (b) (6)

Date of Entry on Duty _____4/1/11_____

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____Beryl Alaine Howell_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __21st_____

day of _____January, 2011_____

_____

Actual abode:            (b) (6)
Official station*         United States District Court for the District of Columbia
Date of birth            (b) (6)
Date of Entry on Duty    January 21, 2011

---

* Title 28, sec. 456 United States Code as amended.

**Evan Flinn SUGAR as public "defender" completely avoided filing the long-awaited HOWELL & BOASBERG written oath for over 5 weeks, as received by Frank Rocco. SUGAR not only avoided filing these Oaths after encouraging FOIA months prior, but he completely ignored Frank Rocco until the very last week remaining for the original 6/16/23 Sentencing date, without multiple other tasks finished – being required for a sentencing.**

Among many shortcomings since his lapse of bonding on January 1st, 2023, Evan Flinn SUGAR did not share the requested copies of discovery footage he had promised (already seen in Evan's office) prior to the original 6/16/23 Sentencing date. This footage showed Frank's intent on January 6th, 2021 – claimed by Evan to be exculpatory evidence leveraging reassurance for a sentence likely to be void of any jail-time. Evan even failed to write any Sentencing Memorandum, nor provided a Presentence Investigation Report. Additionally, SUGAR did not follow through with the Presentencing "debrief" meeting mentioned in April, as an important step in the plea agreement process. Therefore, this crucial *en mesne* process never happened. Without fidelity bonding, certified in writing by Beryl Alaine HOWELL, James Emanuel "Jeb" BOASBERG and Evan Flinn SUGAR, there is only a spoof of a judicial process – *mimicry*.

Leading up to the eventual ***Docs 36 & 39*** filings of the oaths at the end of SUGAR's over month-long silence, New York Pretrial Services direct officer for BOASBERG, Mallori BRADY, told Frank that she would find out where SUGAR is, but failed to do so as she became non-responsive to Frank's emails, herself. This forced Frank Rocco's hand to move and file the Oaths of Office without SUGAR, through a professional process server. Shortly thereafter, now knowing the Oaths of Office were fraudulent from the form as prescribed by Congress, Frank effectively refused for cause the HOWELL and BOASBERG Oaths GRANTED leave onto the record by BOASBERG, himself Estopped – highlighting oath fraud on D.C.'s "chief judges."

# Request: Confirmation About Our Latest Virtual Check-In Call

| | |
|---|---|
| From | Frank R. Giustino < ████████ @pm.me > |
| To | Mallori Brady < Mallori_Brady@nyept.uscourts.gov > |
| Date | Sunday, May 21st, 2023 at 1:35 AM |

Hey, Mallori!

I've been meaning to ask this since Friday after our phone call for the purpose of my records.

Please provide confirmation on the following that you (as my pre-trial officer) and I are in agreement with what's said within the following.

**You (Officer Brady) and I (Frank Rocco Giustino) discussed the following during our 4-minute virtual Facetime check-in phone call (screenshot attached to this email) at 11:03 AM EST May 19th, this past Friday:**

When you asked me about what was going on with my sentencing, dated for the 16th of June, 2023, I expressed clearly with concern that I was dissatisfied and upset about the general lack of communication between my attorney Evan Flinn Sugar and I - that I haven't gotten a response from him regarding important personal client-attorney matters and decisions for weeks, as we urgently get closer to the currently scheduled sentencing date without him and I talking.

After I immediately showed this concern to you, you brought up to me that Evan had just started his other client(s)'s trial(s), which could be the reason why he hadn't gotten back to me since trial(s) have begun - to which I responded that Evan said to me previously that his trial(s) started on the 15th of May, but that our lack of communication started weeks before that.

You further suggested to me it would've made more sense had Evan wanted a better time to reach out to me, that it *should've* likely been BEFORE the start of his trial(s) - and not afterward, due to his busier workload from the trial(s) itself. As I understood, this meant his available time would've been less likely after the start of his said trial(s). To that statement, I agreed and expressed that Evan implied the opposite to me, which didn't make sense to me, either - that he was telling me he might not have time for me to discuss important matters the week leading up until his trials due to preparation, instead of not having time because of the trial(s) itself.

I then continued that now so much of my free time had passed after weeks of waiting for Evan to reach out to me; I'm now more preoccupied due to the impending move and regular showings of my house for its potential sale very soon. This was expressed as adding to my concerns over the current state of legal counsel and the lack of answers that Evan would've only been able to provide me with thus far. Evan has also been aware of this up-and-coming move (albeit shifting dates), as we've all discussed many times.

You and I also agreed that Dr. Pepper is our favorite soft drink.

Officer Mallori Brady, if you are in agreeance with this email or would like to amend anything, please confirm with me

# Re: Request: Confirmation About Our Latest Virtual Check-In Call

From     Frank R. Giustino < ▮▮▮▮▮▮▮▮ @pm.me>

To       Mallori Brady <Mallori_Brady@nyept.uscourts.gov>

Date     Sunday, May 21st, 2023 at 1:46 AM

To add to the main body of this email Subject just sent:

You also told me that you'd try reaching out to Evan after what was said in our virtual check-in call.

Thanks!
------- Original Message -------
On Sunday, May 21st, 2023 at 1:35 AM, Frank R. Giustino < ▮▮▮▮▮▮▮▮ @pm.me> wrote:

> Hey, Mallori!
>
> I've been meaning to ask this since Friday after our phone call for the purpose of my records.
>
> Please provide confirmation on the following that you (as my pre-trial officer) and I are in agreement with what's said within the following.
>
> **You (Officer Brady) and I (Frank Rocco Giustino) discussed the following during our 4-minute virtual Facetime check-in phone call (screenshot attached to this email) at 11:03 AM EST May 19th, this past Friday:**
>
> When you asked me about what was going on with my sentencing, dated for the 16th of June, 2023, I expressed clearly with concern that I was dissatisfied and upset about the general lack of communication between my attorney Evan Flinn Sugar and I - that I haven't gotten a response from him regarding important personal client-attorney matters and decisions for weeks, as we urgently get closer to the currently scheduled sentencing date without him and I talking.
>
> After I immediately showed this concern to you, you brought up to me that Evan had just started his other client(s)'s trial(s), which could be the reason why he hadn't gotten back to me since trial(s) have begun - to which I responded that Evan said to me previously that his trial(s) started on the 15th of May, but that our lack of communication started weeks before that.
>
> You further suggested to me it would've made more sense had Evan wanted a better time to reach out to me, that it *should've* likely been BEFORE the start of his trial(s) - and not afterward, due to his busier workload from the trial(s) itself. As I understood, this meant his available time would've been less likely after the start of his said trial(s). To that statement, I agreed and expressed that Evan implied the opposite to me, which didn't make sense to me, either - that he was telling me he might not have time for me to discuss important matters the week leading up until his trials due to preparation, instead of not having time because of the trial(s) itself.

## "Trump shakes up legal team in wake of classified documents indictment"

 By <u>Kaitlan Collins</u> and <u>Alayna Treene</u>, CNN

Updated 4:02 PM EDT, Fri June 9, 2023



*"Jim Trusty, left, and John Rowley, attorneys for former US President Donald Trump, exit the US Department of Justice in Washington on **Monday, June 5, 2023.**"* (Emphasis added to date - ***SeeDoc 39.***)

SUGAR's absence only until the Refusals on HOWELL & BOASBERG's Oaths were sent directly to PTO Mallori BRADY before being put on record *(Doc 39)* – was nothing short of strange. Also being a virtual check-in day (6/7/23) that Mallori could not attend with Frank Rocco through video, Mallori said that she would not be responding to Frank's email two weeks passed (shared on previous pages) regarding Evan's several more weeks of absence to the concern of Frank Rocco and his family. Mallori was sent the Refusals by Frank via text to report *(SEALED Doc 38)* and directly send to BOASBERG after denying Frank an email response over their had conversation about Evan missing. Frank was then met with a denial of legal counsel from BRADY, as being not his attorney – the appropriate response. However, BRADY hypocritically followed with another response in legal questioning outside of her scope as PTO, with a sudden inquiry towards Frank Rocco for the purpose of understanding what he was trying to accomplish with the Refusals for Cause on pretending "judges" HOWELL and BOASBERG.

Frank Rocco replied to BRADY with a simple text response.

"Justice."

In BOASBERG's "Court" and Department of Justice that he inherited from HOWELL without necessary bonding from either federal "judge", Frank Rocco holds all authority, as he always had. James Emanuel "Jeb" BOASBERG has a deviant oath of office and is therefore exposed as a fraud. Frank Rocco does not recognize any authority in James Emanuel as a federal judge. With no authority in BOASBERG, alleged "chief judge" of the Department of Justice, the 'Department of Justice' may as well be reformed as the 'Department of Giustino' – "Giustino" being Frank Rocco's family namesake of the meaning of the word "justice" in Latin / Italian and a proper display of it on this mockery of a "Court" with its judicial pretenders.

SUGAR left Frank Rocco (and therefore his family) out to dry for several weeks, leaving only one full week before a Sentencing hearing with next to nothing prepared for an arraignment. Yet, the public "defender" tricked Frank Rocco by deceit to appear for a Status Conference instead, to discuss Frank's *Doc 36 & 39* personal filings. BOASBERG claimed in the eventual 6/23/23 Status Conference that he has not read any of Frank Rocco's filings by that time – despite SUGAR telling Frank Rocco the concerns within Frank's filings was the purpose of changing the Sentencing to a Status Conference to begin with. Frank did not give any approval of this change in objective as a scheduling change when initially asked by SUGAR.

During Frank Rocco's appearance *(See – Doc 47 transcript of the entire 6/23/23 Status Conference)*, BOASBERG was quick to call the oath issue that Frank brought up at the very start of the Status Conference "fabricated", despite BOASBERG's admittance for not reading any of Frank's personal submissions that BOASBERG himself GRANTED to leave for filing

onto the Case record. This oblivious behavior displayed in disregard to Frank Rocco's Oath concerns by BOASBERG would be at odds with the existence of *SEALED Doc 38*, which contains the texted Refusals for Cause on the HOWELL and BOASBERG oaths from Frank Rocco to BOASBERG's direct officer Mallori BRADY. *SEALED Doc 38* proves that the Refusals were in fact put in her Pretrial Services report – to be seen by BOASBERG at the earliest date of 6/8/23, well before the scheduled Sentencing, then changed to Status Conference.

Also, Frank Rocco's DEMAND for CASE #23-cr-00016 CLOSURE in an email to direct officer BRADY *(See – Doc 46, Pages 4 and 5)* was shown as reported to BOASBERG in *SEALED Doc 45-2.* BRADY received this email days before the original 6/16/23 Status Conference date – and yet the ongoing nuisances of Pretrial Services harassment, messages about Court hearings and unlawful bench warrant threats on Frank Rocco still persist.

It is therefore a mistake to interpret Frank Rocco's remarks in the alleged Status Conference of 6/23/23 to mean he has no "remorse" about January 6th, 2021. Foul play by the Department of Justice is demonstrated by **Doc 40** with jail-time upon this misperception of lacking remorse, with Douglas COLLYER and **Doc 44** removing video coverage showing that Frank Rocco was pacifying the riotous part of the crowd – and not agitating police with, "We don't want to hurt you." This half of the scene was immediately followed by Frank turning around to tell the crowd to "Stand down!" as already acknowledged from the initial investigation into Frank by New York FBI Task Force Officer Charles KNAPP, who conducted Frank's arrest on a complaint – going uncharged for over a year with no **MOTION to DISMISS** by SUGAR.

The USDC DC Court is ill-perceived and badly constructed, as this is just one example how lacking fidelity bonding is bringing the Wild West into the Justice System by framing Frank Rocco in such way. Frank Rocco was being misled into a "plea bargain" by these named actors.

Frank Rocco cannot be held to being represented by an attorney who had allowed his registration to lapse – **with having had no representation since January 1st, 2023**, deceiving Frank Rocco into acting like he was represented. It stands to reason that because Evan Flinn SUGAR was failing his duties as representative of Frank Rocco to the Court, that the Court – HOWELL & BOASBERG as pretending (to be) Chief Judges – are required to dismiss and expunge this prosecution – addressing and answering to the deviations on the face of their oaths, now conspicuously Refused for Cause on **Doc 39**, seen by BOASBERG on **Doc 38** PTO report.

**Docs 36, 39, 46 and 48** have not been heard nor addressed, nor will they be, because the USDC DC record (PACER) shows that Frank Rocco was not *pro se* (in the eyes of the "Court") until Evan Flinn SUGAR was terminated in the middle of the Status Conference on 6/23/23. From that moment onward with Frank as PRO SE, BOASBERG should have at heard or at least acknowledged Frank's verbal declaration for the use of US Marshals on any "judicial officers" pretending to be federal officials (18 U.S.C. §912). The US Marshals are to execute seizure of property and accounts without consultation of any pretending actors who would knowingly sign deviant Oaths of Office. It was made verbally clear to BOASBERG that his invalid oath was Refused for Cause, and has thus defaulted judgment with subjection to lien for continuing this attack on Frank Rocco, by all names, on the American People as We the People *(See – Doc 46)*.

For Frank Rocco to take an oath issue up at an appeal as BOASBERG is suggesting in the Status Conference, would be improbably asinine, as BOASBERG lacks all jurisdiction to impose a Plea or Sentencing necessary to appeal, as SUGAR had advised in his 2/14/23 email.

The USA prosecutor Douglas COLLYER, Joseph Robinette BIDEN through the WH Counsel and the FBI through electronic tip-line have all been notified of *Doc 39* Refusals and the information on oath perjury crimes committed, with the US Marshals and Governor being next.

Lastly, but certainly very important, is the matter of this Court – being not of record – that BOASBERG has clearly adopted and continued from HOWELL's time as "chief judge".

When Carol STEWART was brought onto this Case by Frank Rocco, she could not have said worse things about the performance of Evan Flinn SUGAR and the levels of malpractice that he was committing during his time representing his client Frank Rocco, only in title. STEWART immediately picked up on the fact Frank's Statement of Offense (SOO) and Plea was missing from the record, entirely. STEWART told Frank Rocco and his family early on, that this is highly unusual for a Case and hardly ever seen. STEWART claimed that such a concealed Plea, is usually reserved for informants. Frank Rocco only expressed concern to Carol over the importance of finding out why these files were SEALED and undocketed in secret, to which she increasingly started to downplay in importance up until the moment of her eventual termination.

STEWART's primary reason for the *Doc 50* **MOTION for CONTINUANCE** was because of the failure for SUGAR's mention to Frank Rocco of the option to DISMISS with prejudice due to not being charged for over one year. Only to Frank's dismay and no one else's, Frank was never told, and BOASBERG must have agreed on the importance of this instance of malpractice on the part of SUGAR – as he signed the CONTINUANCE that STEWART suggested. "Anxiety" on the part of Frank, was not so much a factor as STEWART put it, but the sheer neglect by the Court in which Frank Rocco responded to, with no discourse as promised. As the weeks went on, STEWART mysteriously changed her tune on SUGAR's performance and his lack of DISMISSAL as well, continuing to be verbally combative and patronizing unto Frank and family. Frank just wanted to know why his Plea (and other files) were not on public record. STEWART's stance on the SEALED Plea went from looking like an "informant", to "error" on behalf of the Court clerk – one of several instances of inconsistent legal counseling.

The article below shows an unrelated J6 Case, relevant to Frank Rocco's unexplained undocketed and still SEALED SOO & Plea. Frank is not an informant, nor in any cooperation deals with government. Most relevant lines from the article quoted and highlighted for emphasis:

**"A Jan. 6 rioter was convicted and sentenced in secret. No one will say why"**



BY ALANNA DURKIN RICHER

AND MICHAEL KUNZELMAN

Updated 3:44 PM EDT, September 15, 2023

**WASHINGTON (AP)**

"Hundreds of rioters have been charged, convicted and sentenced for joining the mob attack on the U.S. Capitol. Unlike their cases, Samuel Lazar's appears to have been resolved in secret — kept under seal with no explanation, even after his release from prison."

"There is no public record of a conviction or a sentence in Lazar's court docket."

"Questions about Lazar's case have been swirling for months, but the details of his conviction and sentence have not been previously reported.

The Justice Department has refused to say why the case remains under wraps, and attorneys for Lazar did not respond to multiple requests for comment from The Associated Press. The judge overseeing Lazar's case in May rejected a request from media outlets — including the AP — to release any sealed records that may exist.

**The case is raising concerns about transparency in the massive Jan. 6 investigation — the largest in Justice Department history. Court hearings and records — including sentencing hearings and plea agreements — are supposed to be open and available to the public and the press unless there's a compelling need for secrecy."**

(Continued...)

**"Secret plea hearings are not unheard of, though the records are often unsealed ahead of sentencing.**

In an unrelated example, the guilty plea by George Papadopoulos, the former Trump campaign adviser who triggered the Russia influence investigation, was entered under seal and kept out of view for weeks — until special counsel Robert Mueller disclosed that Papadopoulos had admitted making false statements to the FBI. Subsequent proceedings, including his sentencing hearing, were matters of public record.

George Washington University criminal law professor Randall Eliason, who spent 12 years as a federal prosecutor in Washington, said he couldn't remember any case during his Justice Department tenure in which a sentencing hearing and sentence were placed under seal. Eliason said it's possible that "either there's some kind of security concern about him personally, or maybe more likely that he's cooperating in some respect that they don't want the people he's cooperating against to know about."

**But many Jan. 6 defendants have cooperation deals with the government, and their cases haven't been resolved in secret. Defendants who agree to cooperate with prosecutors often get their sentencing hearings delayed until they finish cooperating.**

"The fact that he also got sentenced, went to prison and is already out, that whole situation is just unusual," Eliason said."

"In April of this year, attorneys for a coalition of news outlets — including the AP — asked the judge to unseal any records related to a change of plea or sentencing hearing for Lazar, noting a March NBC News story — citing an anonymous source — that said Lazar was scheduled to be sentenced in a secret hearing.

"The public docket provides no explanation as to why, despite the strong presumption of transparency in this Circuit, these judicial records are not available to the public," the coalition lawyers wrote.

After Lazar's secret sentencing, his brother told Lancaster Online — which first reported his release from prison in July — that their mother was "even more confused," adding "she has no idea if and when he's coming home, assuming he was actually given a sentence today."

In May, Judge Jackson denied the news outlets' request after a prosecutor and defense attorney argued against releasing the records, though she said the case law cited by the press coalition "plainly recognizes that there may be circumstances where a need for secrecy can be outweighed by competing significant interests."

**Jackson said there were no "undocketed" records in this or any other case pending before her, adding that "nothing has been sealed in this case without leave of court." But the judge said the news outlets could renew their request, setting a Sept. 29 deadline for its lawyers to file "an updated status report setting forth their position or positions on this matter."**(End.)

The last time Frank Rocco was this close to an unlawful Sentencing date, the hidden Plea (unbeknownst to Frank because SUGAR never said anything) remained undocketed and SEALED, with no signs that it would be opened prior. Would a Sentencing have been sealed the same – according to that of other Cases in the article? Frank has not a clue why it's hidden.

After STEWART already mentioned to Frank that his SOO is as "plain" as plain could be, with the Plea still undocketed and SEALED, Frank asked Carol to docket, intending to UNSEAL the plea by asking the Court clerk to – "correct" the "error" – being Carol's only later reasoning for it missing, opposing the original "informant" comparison she gave Frank as *pro se*.

Carol seemed taken aback by Frank's request to docket the plea, as she warned that it would draw unwanted media attention to Frank and family. Due to the shifty nature of this Case, and especially because of the fraudulent Oaths of HOWELL and BOASBERG, Frank Rocco decided it was best to relay transparency and asked STEWART to get those hidden files onto docket and visible to the public. STEWART, also implying to Frank that docketing the Plea would make it visible to the public, did so, despite her reservations. Once Carol docketed the once-undocketed SOO and Plea **(Docs 55 & 56)**, they were docketed – but remained SEALED. This was one of several instances of STEWART either being wrong, or saying she was wrong. Frank Rocco has no intention of asking a fake judge such as BOASBERG to UNSEAL.

HOWELL has been ruling over secret common law grand juries, with BOASBERG inheriting the "chiefs'" continued concealment of this court not of record. Frank Rocco is not, and will not, be arraigned – were it even possible – such secrecy surrounding his docket. Absent of judicial filings on record and no Oaths as bonds, Frank Rocco hereby Refuses for Cause the actors – *void ab initio* – WITHDRAWING himself from the status or title 'defendant' altogether.

"To hear Beryl Howell's colleagues tell it, the tenure of the federal district court's outgoing chief judge has been defined by work of monumental importance that the public — and even most of them — will never see.

## D.C. chief judge post turns over with Trump probes in balance

James Boasberg replaced Beryl Howell on Friday as the judge overseeing pivotal grand jury probes in Washington.



Beryl Howell formally handed off that post to a colleague Friday, but not before she was toasted, and occasionally roasted, by fellow judges. | Alex Wong/Getty Images

By JOSH GERSTEIN and KYLE CHENEY
03/17/2023 07:58 PM EDT



Howell formally handed off that post to a colleague Friday, but not before she was toasted, and occasionally roasted, by fellow judges who made clear they were as tantalized as the rest of the political world by Howell's secret work presiding over grand juries that could lead to charges against former President Donald Trump — particularly for his bid to subvert the 2020 election.

Howell seemed to freeze in her seat as the most senior jurist on the court, Judge Paul Friedman, publicly described her still-secret rulings in grand jury-related matters, pointing to press accounts of Howell ruling in favor of Trump in a contempt dispute over his office's response to a grand jury subpoena for classified records and against Trump on an effort to assert attorney-client privilege in the same probe.

"What fascinating issues!" Friedman declared wryly as Howell remained stone-faced on the dais. "We'd all love to read her opinions, but we can't," he said to laughter.

Friedman did note, however, that Howell had issued 100 secret grand jury opinions during her seven-year term.

Another colleague, Judge Tanya Chutkan, also alluded to Howell's work resolving disputes related to the court's grand juries over the past seven years.

"There's so much work Chief Judge Howell has done that we may never know about," Chutkan said."

"Judge" Tanya S. CHUTKAN has been reported by the media as well-aware of the secret rulings of former "chief judge" Beryl Alaine HOWELL. CHUTKAN's (also written) Oath of Office came into question by "defendant" Donald John TRUMP and his lawyers, as of recently.

decide in the *Palmer* or *Priola* sentencings, the public can reasonably understand that her views on President Trump derive from extrajudicial sources. *See Liteky v. United States*, 510 U.S. 540, 554–56 (1994).

Every judge must uphold her oath of office. That is, to "faithfully and impartially discharge and perform all duties incumbent upon me under the Constitution and law of the United States. So help me God." 28 U.S.C. § 453. The foundation of that oath is a judicial branch designed by our founders to be entirely impartial and avoiding even the perception of prejudgment. Our system guarantees that the government prove a defendant guilty, in front of a jury of his peers, as part of a trial without any suggestion of partiality on the part of the presiding judge. Only when all three prongs are present and beyond dispute does our system function as intended.

(Proper "So help me God." capitonym conforming to U.S.C. & Congress, underlined for clarity.)

One month prior to the above **MOTION for RECUSAL** of CHUTKAN for TRUMP, "Judge" CHUTKAN's written oath was already requested via FOIA by Frank Rocco over his concern for the "J6" justice system and Donald John's own J6 prosecution. The following FOIA Response was delivered by the DOJ in record-timing, within a day of the FOIA.gov Request.

 An official website of the United States government
Here's how you know



 **FOIA.gov**

UNITED STATES DEPARTMENT of JUSTICE

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 809581

# Success!

## Your FOIA request has been created and is being sent to the Office of Legal Policy.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

202-514-3642

Valeree Villanueva, FOIA Public Liaison

202-514-3642

Douglas Hibbard, Chief, Initial Request Staff, 6th Floor
441 G St, NW
Washington, DC 20530-0001

# Request summary

Request submitted on**August 3, 2023**.

The confirmation ID for your request is **809581**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Frank Giustino

**Mailing address**
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
United States

**Phone number**
▓▓▓▓▓▓▓▓▓

**Email**
▓▓▓▓▓▓▓▓▓▓▓▓

## Your request

I request that a copy of the following document be provided to Me, without delay: proper Oath of Office for United States Judge Tanya S. Chutkan as required by 28 U.S.C. section 453.

## Fees



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

August 4, 2023

Frank Giustino



Re:   FOIA-2023-02179
       DRH:GMG

Dear Frank Giustino:

      This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on August 3, 2023, seeking a copy of the Oath of Office for Judge Tanya Chutkan.

      A search has been conducted in this Office, and two pages of material have been located that contain records responsive to your request. I have determined that this material can be disclosed with withholdings made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6), which pertains to information the release of which would constitute a clearly unwarranted invasion of personal privacy. Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

      For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

      You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

      Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

      If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or

you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Tanya S. Chutkan _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 25th day of July, 2014.

_____

Actual abode:
Official station*        Washington, D.C.
Date of birth
Date of Entry on Duty    July 25, 2014

---

* Title 28, sec. 456 United States Code as amended.

# APPOINTMENT AFFIDAVITS

United States District Judge

*(Position to which Appointed)*

06/05/2014

*(Date Appointed)*

United States District Court

*(Department or Agency)*

District of Columbia

*(Bureau or Division)*

Washington, D.C.

*(Place of Employment)*

I, Tanya S. Chutkan _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 25th day of July _____, 2014

at Washington, D.C. _____

*(City)*

*(State)*

*(Signature of Officer)*

(SEAL)

Commission expires_____

(If by a Notary Public, the date of his/her Commission should be shown)

Chief United States District Court Judge

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

Standard Form 61
Revised August 2002
Previous editions not usable

NSN 7540-00-634-4015

**NOTE:** Compare 28 U.S.C. §453 cited in the TRUMP **Doc 50: MOTION FOR RECUSAL OF DISTRICT JUDGE PURSUANT TO 28 U.S.C. § 455(a) (CASE # 1:23−cr−00257−TSC−1)** with CHUTKAN's certified-DOJ judicial Oath of Office. The form as prescribed by Congress written into US CODE and even on CHUTKAN's own civil oath, does not match the §453 judicial oath as mentioned by Donald John's lawyers in asking CHUTKAN needing to uphold!

Looking very closely, the point is fortified that nobody is allowed to change an Oath of Office. The links found in Title 28 USC §453 support this theme:

https://uscode.house.gov/statviewer.htm?volume=27&page=435

FIFTY-SECOND CONGRESS...

>*...Sec. 3 That each of said justices, before he enters upon the duties of his office, shall take **the oath prescribed by law** to be taken by the judges of the courts of the United States.* (emphasis added)

The 1990 revision changes "agreeably to" to "under", a minor change, but nowhere is "So help me God." changed to "SO HELP ME GOD." All the links in the statute have been carefully investigated for any such revision. The Congress of 1911, Page 1161 shows the oath and like all places and examples – the oath is spelled exactly, "So help me God." not "SO HELP ME GOD."

On August 10th, 2023, Frank Rocco sent emails regarding this **28 U.S.C. §453 violation** on part of the "SO HELP ME GOD." CAPITONYM found within CHUTKAN's written Oath of Office. Donald John's lawyers and members of his (USA) prosecution were notified one month in advance of their September 13th, 2023 **MOTION for RECUSAL** of CHUTKAN.

# CHUTKAN's Oath of Office Refused for Cause - Effective Immediately

From    Frank R. Giustino <███████████@pm.me>

To      joseph.cooney@usdoj.gov, molly.gaston@usdoj.gov, thomas.windom@usdoj.gov

Date    Thursday, August 10th, 2023 at 7:41 PM

There has been a violation of **28 USC 453: Oaths of justices and judges** in Case # 1:23–cr–00257–TSC–1 against Donald John TRUMP. Attached.

NOTE the change to the CAPITONYM: "SO HELP ME GOD." for presiding "judge" CHUTKAN's certified Oath of Office.

This deviation of oath includes the former and current chief "judges" of D.C., HOWELL and BOASBERG - also fraudulently acting as judges and effectively refused for cause already on J6 record, Case # 23-cr-16. Attached.

This court is unlawful and functioning under a falsified jurisdiction of the bankrupt UNITED STATES CORPORATION (USA) and Federal Reserve up against We the People. The BIDEN administration and all prosecutors involved in this falsely conducted case have been put on NOTICE of the Refusals, with me nicely demanding that you withdraw from the prosecution of Donald John and move to exonerate him and his follower base, by all names, as well as from other January 6th cases if any, on behalf of Frank Rocco Giustino and the American people.

"Justice" has a name. Thank you!

---

**19.85 MB**    19 files attached

CHUTKAN Oath of Office.jpg 70.04 KB    CHUTKAN Appointment Affidavits.jpg 98.55 KB

CHUTKAN R4C with message.jpg 2.45 MB    CHUTKAN R4C.png 7.62 KB

28 U.S. Code § 453 Violation on Case # 123–cr–00257–TSC–1..png 378.60 KB    HOWELL R4C 39.png 678.62 KB

BOASBERG R4C 39.png 696.48 KB    18 USC 2384 Seditious conspiracy.pdf 84.59 KB    §2381. Treason.pdf 264.35 KB

UNITED STATES v. THROCKMORTON. 'Fraud vitiates every thing...'.png 165.19 KB

Doc 46 DEFAULT JUDGMENT Page 10.png 989.79 KB    Doc 46 DEFAULT JUDGMENT Page 12.png 1.12 MB

Doc 46 DEFAULT JUDGMENT Page 13.png 1.07 MB    Doc 46 DEFAULT JUDGMENT Page 20.png 1.19 MB

Doc 46 DEFAULT JUDGMENT Page 11.png 1.49 MB    FRIEDRICH R4C.png 538.86 KB    HOGAN R4C.png 542.49 KB

TRUMP prosecutors (USA) Joseph COONEY, Molly GASTON, Thomas WINDOM (trained attorneys in the specificity of contracts, such as capitalization) have been sent this necessary information with attachments. Proof of service was retrieved by Frank Rocco via automatic replies: [EXTERNAL] from COONEY and GASTON, specifically. Jonathan HOOKS was also sent the same email information for reassurance of delivery, due to the following prosecutors being busy "on detail assignment." Frank Rocco never received a human response.

## Automatic reply: [EXTERNAL] CHUTKAN's Oath of Office Refused for Cause - Effective Immediately

| | |
|---|---|
| From | joseph.cooney@usdoj.gov <Joseph.Cooney@usdoj.gov> |
| To | Frank R. Giustino <█████████@pm.me> |
| Date | Thursday, August 10th, 2023 at 7:44 PM |

I am currently on detail assignment and will forward your email for response. If you are in need of an immediate response, please contact Jonathan Hooks at 202-252-7796 and/or jonathan.hooks@usdoj.gov.

## Automatic reply: [EXTERNAL] CHUTKAN's Oath of Office Refused for Cause - Effective Immediately

| | |
|---|---|
| From | molly.gaston@usdoj.gov <Molly.Gaston@usdoj.gov> |
| To | Frank R. Giustino <█████████@pm.me> |
| Date | Thursday, August 10th, 2023 at 7:44 PM |

I am currently on a detail assignment. Please contact Jon Hooks at jonathan.hooks@usdoj.gov or 202.252.7796.

Among the attachments sent, were reminders by Frank Rocco of seditious conspiracy and treason, refused for caused oaths of HOWELL, BOASBERG, FRIEDRICH and HOGAN, proof of service on BIDEN (WH Counsel) with the Refusals *(See – Doc 46)* and most relevant to Donald John's Case – the Tanya S. CHUTKAN fraudulent oath with demand, refused for cause.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Tanya S. Chutkan _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 25th day of July, 2014.

_____

Actual abode:
Official station*     Washington, D.C.
Date of birth
Date of Entry on Duty     July 25, 2014

* Title 28, sec. 456 United States Code as amended.

*(Handwritten across document: "Refusal for Cause" — "NO!!" — "We the People demand our God-given rights. FREE TRUMP and the J6ers.")*



Trump War Room

"Tonight, I am announcing that the moment I win the election, I will appoint a special task force to rapidly review the cases of EVERY political prisoner who has been unjustly persecuted by the Biden administration."

BREAKING NEWS
NEWSMAX TRUMP SPEAKS AT PRAY VOTE STAND SUMMIT
7:15 PT LIVE HOUSE JUDICIARY SUBPOENAS FBI AGENT AFTER DOJ TRIED TO BLOCK TESTIMON.

165K

Source: The Official War Room account of the 2024 Trump campaign – 'X' Screenshot

Donald John announces a special task force upon Election for reviewing all January 6th, 2021, "political prisoner" Cases, signing Day One pardons and commutations. Being that the "chief judges" HOWELL & BOASBERG and US Attorney General GARLAND all have faulty Oaths of Office, it is in fact true that these J6'ers are being treated as prisoners, unbound to law.

## "READ: Transcript of CNN's town hall with former President Donald Trump"

https://www.cnn.com/2023/05/11/politics/transcript-cnn-town-hall-trump/index.html

Published 2:31 PM EDT, Thu May 11, 2023



Source: CNN screenshot

WAYNE BEYER, RETIRED ATTORNEY: *Thank you for coming, Mr. President.*

TRUMP: *Thank you, Wayne.*

BEYER: *My question to you is: will you pardon the January 6th rioters who were convicted of federal offenses?*

TRUMP: *I am inclined to pardon many of them. I can't say for every single one because a couple of them, probably, they got out of control.*

*But, you know, when you look at Antifa, what they've done to Portland, and if you look at Antifa, look at what they've done to Minneapolis and so many other – so many other places, look at what they did to Seattle. And BLM -- BLM, many people were killed.*

*These people – I'm not trying to justify anything, but you have two standards of justice in this country, and what they've done – and I love that question because what they've done to see many people is nothing – nothing. And then what they've done to these people, they've persecuted these people.*

*And yeah, my answer is I am most likely – if I get in, I will most likely – I would say it will be a large portion of them. You know, they did a very –*

*And it'll be very early on. And they're living in hell right now.*

COLLINS: *So when it comes to pardons --*

TRUMP: *They're living in hell, and they're policemen, and they're firemen, and they're soldiers, and they're carpenters and electricians and they're great people. Many of them are just great people.*

COLLINS: *Mr. President, one of the people who was convicted was a former policeman but he was convicted of attacking a police officer, I should note.*

*But when you said you are considering pardoning a large portion of those charged with crimes on January 6th, does that include the four Proud Boys members who were charged and convicted of seditious conspiracy?*

TRUMP: *I don't know. I'll have to look at their case, but I will say in Washington, D.C., you cannot get a fair trial, you cannot. Just like in New York City, you can't get a fair trial either.*

# Trump vows pardons, government apology to Capitol rioters if elected

The comments came on the same day President Biden was delivering a prime-time address warning of the threat to democracy from "MAGA Republicans" and election deniers.

 By Mariana Alfaro

Updated September 1, 2022 at 5:23 p.m. EDT | Published September 1, 2022 at 2:34 p.m. EDT

Due to the upcoming Election with a confident Donald John TRUMP claiming that non-violent J6 participants will be fully exonerated and criminal records expunged with a government apology, it serves the record, the Court and justice to continue all J6 matters until only after a 2024 Election. The partial nature of the D.C. Courts is compared by Donald John to that of any prosecution in New York City – also enacted by bad actors only pretending to uphold Oaths. The New York de jure Assembly submitted filings that of similar concern to Frank Rocco's, due to "officials" becoming lackadaisical on their reliance of public ignorance to Article I jurisdiction, which inclines fraudsters as "judges" to act as bank tellers with the People tried commercially.



Petitioner Raymond 'savingsovereignty' filing on behalf of the New York de jure Assembly against Mayor Eric Leroy ADAMS and Alvin L. BRAGG, Jr. in the Supreme Court of State of New York, cites importance of an oath as bond. Public servants must conform to not just a lawful oath in writing, but a proper decorum of duties to We the People, by the Constitution.



Source: @savingsovereignty Instagram Post (March 7th, 2023) Screenshots

Raymond captions his filing on social media, weeks *before* D.A. BRAGG indicts TRUMP.

Raymond: "The reason this is possible is because the system operates on presumption, presumption that you consent through your actions to commercial jurisdiction. Commerce is regulated through contracts. Social compacts are used to pull you into commercial jurisdiction without you even knowing it. Now contracts are within the private realm, the administrative process is private correspondence between you and, in this case, a public servant. Public servants swear an oath to the constitution, which is also a contract to the people. We on the @newyork_dejure stress that you accept the oath of office of all your local and state public servants as a contract. Once that's done, they're not only bond through their duties as public servants but also now bound by contract." *(See – Doc 39, Page 1, Footnote 2 & SDR definition)*

In July 2023, a folder containing comprehensive detail of malpractice and D.C. oath fraud on J6 CASE # 23-cr-00016 was personally handed-off by Frank Rocco to the team of former New York City Mayor Rudolph "Rudy" W. GIULIANI upon meet. The folder – also containing business cards, with Frank asking on a card for Rudy and his team to give it to "Donald."




Frank Rocco Giustino

Case # 23-cr-16

January 6th and the Oaths.

Frank Rocco believes it serves the record to show another pretending "judge" presiding over **CASE # 1:20-cv-10832-AT-SN (Securities and Exchange Commission v. Ripple Labs Inc. et al.)** in the Southern District of New York. TRUMP's comparison of unfair legal matters in Washington D.C. to that of New York City holds merit – due to the fraudulent oaths.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Analisa Torres _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the Southern District of New York under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)
Analisa Torres

Subscribed and sworn to (or affirmed) before me this 23rd day of April 2013.

_____
Andrew L. Carter, Jr.
United States District Judge

Actual abode:            (b) (6)
Official station[*]       New York, New York
Date of birth            (b) (6)
Date of Entry on Duty    April 23, 2013

---

[*] Title 28, sec. 456 United States Code as amended.

Researcher Lisa MCGEE of vaxxCHOICE with the help of Todd S. CALLENDER, Esq. created a Writ of Quo Warranto, handed directly to US Attorney Matthew GRAVES – GRAVES as also prosecuting Frank Rocco for a non-violent redressing of grievances on January 6th, 2021. This Writ contains information on missing or defective oaths of BIDEN Administration "officials" including US AG Merrick B. GARLAND, resulting from that of DOJ FOIA Requests.

*http://www.standardnewswire.com/news/8980819007.html*

## Lawfulness of Biden Administration Cabinet in Question Upon Failure to Produce Oaths of Office

**Disabled Rights Advocates, PLLC**
**DRAdvocates.com**

**Ferguson Law, P.A.**

NEWS PROVIDED BY
VaxxCHOICE
April 14, 2023

WASHINGTON, April 14, 2023 /Standard Newswire/ -- On April 12, 2023, Todd S. Callender, Esq. of Disabled Rights Advocates PLLC, and Kenneth W. Ferguson, Esq. of Ferguson Law, P.A., filed on Petition for Writ of Quo Warranto, on behalf of Petitioner, Lisa McGee, to the US Attorney in the District of Columbia, requesting: 1) true, correct and non-defective required affidavits of Oaths of Office for the appointed and elected cabinet members of the Biden Administration; or the immediate removal of all named parties for failure to abide their this statutory requirement; and 3) if removed, then to void all their official acts ab initio.

Ms. McGee petitions the US Attorney, under their jurisdiction, to require the presentation of said affidavits within ten days proving the constitutional and statutory requirements to hold their office(s) have been met. These individuals include: Director of Center of Disease Control and Prevention and of Toxic Substances and Disease Registry, Rochelle Walensky; U.S. Secretary of Treasury, Janet Yellen; U.S. Secretary of Energy, Jennifer Granholm; Food and Drug Administration, Principal Deputy Commissioner, Janet Woodcock; U.S. Secretary of Health and Human Services, Xavier Becerra; Transportation Secretary, Pete Buttigieg; Secretary of State, Antony Blinken; Secretary of the Department of Homeland Security, Alejandro Mayorkas; Secretary of Education, Dr. Miguel A. Cardona; Secretary of Commerce, Gina M. Raimondo; Department of Justice, Attorney General Merrick Garland; Commissioner of Food and Drug Administration, Robert M. Califf M.D.; Secretary of Labor, Marty Walsh; Deputy Secretary of Labor, Julie Su; and Vice President, Kamala Harris.

Ms. McGee previously sought the required affidavits via the Freedom of Information Act requests (FOIA); and not one of the aforesaid appointees have produced a compliant affidavit consistent with the statute. Either the affidavit(s) are nonexistent, wanting, or the appointee has failed or refused to provide the mandated affidavit to hold their respective offices.

This lack of Constitutional and statutory requirement thereby nullifies, or at a minimum, calls into question the legitimacy of their appointments or positions. The absence of these mandatory Oath of Office affidavits shifts the burden to the appointees to prove to Ms. McGee and the US Attorney their bona fides. The production of these statutorily required affidavits is also required by law.

Missing Oaths of Office will render a majority of the Biden Administration Cabinet unlawful and their official acts from the date of appointment void. Failure to produce the affidavit(s) to the US Attorney will provide the necessary jurisdiction to the Federal District Court of Washington D.C. to issue said Writ Quo Warranto.

### About VaxxCHOICE
*VaxxCHOICE is the leading resource hub of legal and wellness tools and information to support our right to make individual health decision and retain our innate sovereignty.*

SOURCE VaxxCHOICE

CONTACT: Paula Jo Lentz, paula@vaxxchoice.com

Related Links

vaxxchoice.com

As a result of MCGEE's FOIA Requests, it was found that AG Merrick GARLAND in particular is missing his appointee date on the Appointment Affidavits as a civil oath, and is not properly notarized or sworn. Reminder: That US Attorney Matthew GRAVES prosecuting those who attended the January 6th, 2021 Electron Integrity Protest, has this Writ information. There is no judicial or sovereign immunity for those committing such fraud, or those who are complicit.

# APPOINTMENT AFFIDAVITS

Attorney General
_____
*(Position to which Appointed)*

_____
*(Date Appointed)*

Department of Justice
*(Department or Agency)*

Office of the AG
*(Bureau or Division)*

Washington, DC
*(Place of Employment)*

I, _____ Merrick B. Garland _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 11th day of March , 2021

at Washington _____    D.C. _____
 *(City)*              *(State)*

_____
*(Signature of Officer)*

(SEAL)

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*

Assistant Attorney General /A
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

From the following video interview, MCGEE also confirms BOASBERG as having a defective oath via her own FOIA Request -- the same oath that the DOJ provided to Frank Rocco.

**"BBN, May 26, 2023 - MISSING OATHS:**

**Biden officials are impostors who swear no allegiance to the United States (feat. Todd Callender)"**
**05/26/2023 // Mike Adams**

*https://rumble.com/v2q6btq-bbn-may-26-2023-missing-oaths-biden-officials-swear-no-allegiance-to-the-un.html*



Source: Rumble Screenshot

**Timestamp for transcript below from the above video interview: 47:59 – 49:16**

Mike ADAMS: *"There's another contingent of people who believe that the BIDEN Administration is a theatrical... ...projection of – like, they're bluffing. They're all impostors, they're not really in-charge and that there's a continuity of government, like TRUMP is still the President, and... is actually in charge and they're waiting for some big unveiling event or something... I mean, what you're presenting here, kinda actually might feed into that narrative, you could say."*

Lisa MCGEE (researcher, associate of Todd CALLENDER, Esq.): *"Yeah, it could. ...how far has it gone back? Ya know, was TRUMP not really in office either? If the oaths haven't been properly – if they're not properly executed, and not filed with the federal register? What is interesting, we did – which may be to your point – when we, when I filed the FOIA for the...* ***Chief Judge of the United States District Courts in Washington D.C. - that's a, ya know, heavy hitter – James BOASBERG... it came back shockingly like within a couple of days – it's defective."***

# New chief judge oversees Trump grand juries as courts face partisan tests

As Trump probes advance and the court mulls politically sensitive issues, Chief U.S. District Judge Beryl A. Howell hands the gavel to James E. Boasberg

 By Spencer S. Hsu

March 18, 2023 at 9:00 a.m. EDT

"The chief federal judge in Washington overseeing potentially historic, behind-closed-doors disputes in grand jury investigations involving former president Donald Trump and his political allies passed the gavel to her successor Friday, handing off leadership of the high-profile court in the nation's capital.

Chief U.S. District Judge Beryl A. Howell is hardly a household name, though her rulings in the politically charged cases in her court could be consequential.



Beryl A. Howell and James E. Boasberg pose for a portrait and talk at E. Barrett Prettyman Federal Courthouse in Washington. Boasberg is taking over from Howell as the court's chief judge. (Carolyn Van Houten/The Washington Post)

Her successor, James E. Boasberg, may be even less well known outside of Washington, but now will decide how far special counsel Jack Smith can go in investigating or questioning the former president. Among his most consequential decisions: whether Smith can compel former vice president Mike Pence to testify before a grand jury investigating Trump's push to overturn the 2020 election.

In recent months, the federal courthouse in D.C. has been buzzing with secret and not-so-secret proceedings over whether White House aides or Trump lawyers can be similarly made to testify, and whether records of a member of Congress can be used by the Justice Department. In addition to exploring attempts to interfere in the transfer of presidential power after the 2020 election, Smith is leading a criminal investigation into whether the former president or his allies mishandled classified documents. Howell at least partially granted a request from prosecutors to force Trump attorney Evan Corcoran to testify before the grand jury in the documents case, two people briefed on the decision said Friday."

(Continued...)

**"Trump himself has a long history of assailing judges, jurors and criminal prosecutions — including those in D.C. involving former Trump national security adviser Michael Flynn and political confidant Roger Stone — and has vowed to pardon Jan. 6 defendants if he is reelected in 2024."** (End.)

This is a *void ab initio* as vitiation of all contracts and agreements due to fraud (US v. THROCKMORTON, 98 U.S. 61 [1878]). Oaths, refused for cause, are fraudulent with no bonding between Frank Rocco and the "Court." Frank Rocco, in a court not of record, is not a "defendant" and has withdrawn such title. There is no Court. There are no judges. There is no prosecution. I will take an apology letter now, as opposed to later. I expect every US Marshal tasked with protecting the federal judiciary by oath to handle any unbound perjured "judges" pretending as federal officers. CEASE & DESIST – Frank Rocco mustn't be harassed during this sound abatement of process.

Vox Populi, Vox Dei. So help me God.

I am very much over this charade.

Business has concluded.

State of ~~FLORIDA~~
County of ~~PASCO~~
Before me ALAN BROWER
day personally appeared FRANK ROCCO
to be the person(s) whose name(s) is/are subscribed to
the foregoing instrument and acknowledged to me that
he/she/they executed the same for the purposes and
consideration therein expressed.

Notary: Given under my hand and seal of office this 22ND
day of SEPT 2023



ALAN BROWER
Notary Public-State of Florida
Commission # GG 927222
My Commission Expires
October 28, 2023

Frank Rocco

**Redeemed Lawful Money
Pursuant to 12 USC §411
https://uscode.house.gov/**

"Justice" has a name. Giustino.

In addition to the HOWELL and BOASBERG Oaths, please find more Oaths, refused for cause.

## OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____Beryl Alaine Howell_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

*[handwritten overlay: "Refusal for Cause" and "NO!!"]*

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __21st__

day of _____January, 2011_____

_____

Actual abode:      (b) (6)

Official station*      United States District Court for the District of Columbia

Date of birth      (b) (6)

Date of Entry on Duty      January 21, 2011

_____

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____James Emanuel Boasberg_____ , do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __1st__ ____ day

of __April, 2011__ .

_____
J. Truman Morrison

Actual abode:            (b) (6)
Official station*
Date of birth            (b) (6)
Date of Entry on Duty    4/1/11

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Dabney L. Friedrich _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States, and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 1st

day of December 2017 .

_____
Chief Judge

Actual abode: (b) (6)

Official station* Washington, DC

Date of birth (b) (6)

Date of Entry on Duty 12/1/17

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ................... Thomas F. Hogan ......................................................................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ..... U.S. District Court Judge ........., according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. ( SO HELP ME GOD. )

Subscribed and sworn to (or affirmed) before me this ........ fourth ............................... day

of ................. October ......................, 19 ... 82 ...

FOIA EXEMPTION (b)(6)

................................................................
John Lewis Smith, Jr.
Judge, United States
District Court for the

United States District Court
for the District of Columbia
A TRUE COPY

JAMES F. DAVEY, CLERK,

By ........................................

Actual abode ....................................

Official station * .... Washington, D. C. ....

Date of birth ........ 5/31/38 ........................

Date of entry on duty .... October 4, 1982 ........

Note—The Act of May 1, 1876 (Title 48, sec. 1466, United States Code), provides that the oaths of Territorial Officers shall be administered in the Territory in which the office is held.

* Title 28, sec. 456 United States Code, as amended.

DOJ      Formerly G-22      FORM DAG-4   5-1-75

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Tanya S. Chutkan _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 25th day of July, 2014.

_____

Actual abode: ██████████

Official station*    Washington, D.C.

Date of birth    ██████████

Date of Entry on Duty    July 25, 2014

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Analisa Torres _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the Southern District of New York under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

_____
(Signature of Appointee)
Analisa Torres

Subscribed and sworn to (or affirmed) before me this 23rd day of April 2013.

_____
Andrew L. Carter, Jr.
United States District Judge

Actual abode:                    (b) (6)
Official station*        New York, New York
Date of birth            (b) (6)
Date of Entry on Duty    April 23, 2013

---

\* Title 28, sec. 456 United States Code as amended.

Allowing even for religious excuse, to step outside the law boundary for striking-through "So help me God."…

The church "judges" attend is not disclosed, but it's interesting that they must share one.



# THE DEVIL WHISPERED IN MY EAR

## "YOUR NOT STRONG ENOUGH TO WITHSTAND THE STORM"

# I WHISPERED BACK..."YOU'RE"

Unrelated picture of the "DEVIL" hoping improper English went unnoticed.

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

Frank Giustino
Checking Redeemed in Lawful Money ******0365

| | Statement Period: **All Dates** | Date of Statement: **09/22/2023** |
|---|---|---|

## Pending Transactions (1)

*Pending transactions may not be the final amount that posts to account.*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21/23 | 000395707579822<br>PST*ONESOURCEPROCESS<br>WASHINGTON DCUS | -$169.93 |

---

**12 USC 411: Issuance to reserve banks; nature of obligation; redemption**
Text contains those laws in effect on September 21, 2023

**From Title 12-BANKS AND BANKING**
  CHAPTER 3-FEDERAL RESERVE SYSTEM
  SUBCHAPTER XII-FEDERAL RESERVE NOTES
Jump To:
  **Source Credit**
  **Miscellaneous**
  **References In Text**
  **Codification**
  **Amendments**
  **Change of Name**

---

## §411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, §16 (par.), 38 Stat. 265 ; Jan. 30, 1934, ch. 6, §2(b)(1), 48 Stat. 337 ; Aug. 23, 1935, ch. 614, title II, §203(a), 49 Stat. 704 .)

### EDITORIAL NOTES

### REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

### CODIFICATION

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 5, 6 (formerly 7), 7 to 10 (formerly 8 to 11, respectively), 12 (formerly 13), 13 (formerly 14), and 14 to 16 (formerly 15, 16, and 18, respectively) of section 16 of act Dec. 23, 1913, are classified to sections 412 to 415, 416, 418 to 421, 360, 248–1, and 467, respectively, of this title.

Former pars. 6 and 17 of section 16 of act Dec. 23, 1913, formerly classified to sections 415 and 467, respectively, of this title, were repealed by Pub. L. 90–269, §§5, 7, Mar. 18, 1968, 82 Stat. 50 .

Par. 11 (formerly 12) of section 16 of act Dec. 23, 1913, formerly classified to section 422 of this title, was superseded by act June 26, 1934, ch. 756, §1(a), (b)(3), 48 Stat. 1225 .

### AMENDMENTS

**1934**-Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

### STATUTORY NOTES AND RELATED SUBSIDIARIES

### CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.