AO 442 (Rev 01/09) Arrest Warrant                                         1137153)

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia   ▾

United States of America

FRANK ROCCO GIUSTINO
                     v.

        Defendant

)
)
)     Case No.   23cr16-JEB
)
)
)

*(Right margin, vertical stamp:)* U.S. MARSHAL -DC RECEIVED SEP 29 '23 RECEIVED SEP 29 '23 PM 4:26

## ARREST WARRANT

To:    Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   FRANK ROCCO GIUSTINO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:

09/29/2023 - Minute Entry for proceedings held before Chief Judge James E. Boasberg: Case called for Sentencing on 9/29/2023 as to FRANK ROCCO GIUSTINO (1). Defendant FAILED TO APPEAR. The Court ORDERS a NO BOND warrant issued as to FRANK ROCCO GIUSTINO(1). Bond Status of Defendant: FAILED TO APPEAR/WARRANT TO ISSUE; Court Reporter: Tammy Nestor; Defense Attorney: Pro Se; US Attorney: Douglas Collyer; Pretrial Officer: Christine Schuck. (nbn) (Entered: 09/29/2023)

Date:  09/29/2023

                                                *Issuing officer's signature*

City and state:  WDC

                               James E. Boasberg, USDC Chief Judge
                                        *Printed name and title*

---

### Return

This warrant was received on *(date)*  9/29/2023  , and the person was arrested on *(date)*  10/19/2023
at *(city and state)*  Pasco County Jail

Date:  10/23/2023

                                              *Arresting officer's signature*

                                       Alfred Garcia CtDUSM
                                       *Printed name and title*