| United States District Court for the District of Columbia 333 Constitution Ave N.W. Washington D.C. 20001 | *Evidence Repository* # **1:23−cr−00016−JEB−1** |
|---|---|
| | **Refusal for Cause** |

 **COMES NOW**, Frank Rocco of the GIUSTINO family and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 U.S.C. § 411 as amended from § 16 of the 1913 Federal Reserve Act.

 For the record, the attached signed deviant oaths of office are to be filed – refused for cause.

1. Timothy J. KELLY

2. Trevor N. MCFADDEN

3. Jia M. COBB

4. Ana C. REYES

**Leave to File GRANTED**

_____1/30/25
**James E. Boasberg**
**Chief Judge**

 All above pretending "J6" federal "judges" signed oaths witnessed by Beryl A. HOWELL.

/s/ <u>Frank Rocco</u>

'*Justice' has a name.* Giustino.

Redeemed Lawful Money
Pursuant to 12 USC §411
https://uscode.house.gov/



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

January 28, 2025

Frank Giustino

Re:   FOIA-2025-01737
      DRH

Dear Frank Giustino:

       This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on January 8, 2025, seeking copies of the oath of office for Judges Timothy Kelly, Trevor McFadden, Jia Cobb, and Ana Reyes.

       A search has been conducted in this Office, and eight pages of material have been located that contain records responsive to your request. I have determined that this material can be released with withholdings made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6), which pertains to information the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

       For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552 (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

       You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

       Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

       If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC

-2-

20530-0001, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  If possible, please provide a copy of your initial requests and this response with any appeal.

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Timothy J. Kelly _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Columbia</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ____ 18th ____ day

of ____ September , 2017 ____.

_____
Chief Judge

Actual abode:                  (b)(6)

Official station*              Washington, DC

Date of birth                  (b)(6)

Date of Entry on Duty          September 18, 2017

---

* Title 28, sec. 456 United States Code as amended.

# APPOINTMENT AFFIDAVITS

| United States District Judge, District of Columbia | September 18, 2017 |
|---|---|
| *(Position to which Appointed)* | *(Date Appointed)* |

| United States District Court | District of Columbia | Washington, DC |
|---|---|---|
| *(Department or Agency)* | *(Bureau or Division)* | *(Place of Employment)* |

I, Timothy J. Kelly _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 18th day of September , 2017

at Washington                              District of Columbia
    *(City)*                                    *(State)*

(SEAL)

_____
*(Signature of Officer)*

Commission expires_____          Chief Judge
*(If by a Notary Public, the date of his/her Commission should be shown)*          *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

Standard Form 61

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Trevor N. McFadden _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  SO HELP ME GOD.

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ 3rd _____ day

of _____ November 2017 _____.

Chief Judge

Actual abode:            (b)(6)
Official station*        Washington, DC
Date of birth            (b)(6)
Date of Entry on Duty    11/3/2017

---

* Title 28, sec. 456 United States Code as amended.

# APPOINTMENT AFFIDAVITS

United States District Judge, District of Columbia

*(Position to which Appointed)*

10/31/2017

*(Date Appointed)*

United States District Court

*(Department or Agency)*

District of Columbia

*(Bureau or Division)*

Washington, DC

*(Place of Employment)*

I, Trevor N. McFadden _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 3rd day of November _____, 2017

at Washington _____          DC _____

    *(City)*                                    *(State)*

(SEAL)

*(Signature of Officer)*

Commission expires_____

*(If by a Notary Public, the date of his/her Commission should be shown)*

Chief Judge _____

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Jia M. Cobb _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ 18th _____

day of ____ November 2021 _____.

_____
Chief Judge

Actual abode:            (b)(6)
Official station*        Washington, DC
Date of birth            (b)(6)
Date of Entry on Duty    ____11/18/2021_____

---

* Title 28, sec. 456 United States Code as amended.

# APPOINTMENT AFFIDAVITS

United States District Judge, District of Columbia          November 12, 2021
*(Position to which Appointed)*                                      *(Date Appointed)*


United States District Court          District of Columbia          Washington, DC
*(Department or Agency)*                *(Bureau or Division)*          *(Place of Employment)*


I, Jia M. Cobb                                                    , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B.  AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C.  AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 18th day of November                          , 2021

at Washington                                    DC
       (City)                                        (State)

_____
(Signature of Officer)

        (SEAL)

Commission expires_____                    Chief Judge
(If by a Notary Public, the date of his/her Commission should be shown)          (Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

Print

Save          Reset

U.S. Office of Personnel Management          NSN 7540-00-634-4015          Standard Form 61
The Guide to Processing Personnel Actions                                        Revised August 2002
                                                                                 Previous editions not usable

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____Ana C. Reyes_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ____22ⁿᵈ____ day of

____February 2023_____.

_____
Chief Judge

Actual abode:           (b)(6)
Official station*       ___Washington, DC___
Date of birth           (b)(6)
Date of Entry on Duty   ___02/22/2023___

---

* Title 28, sec. 456 United States Code as amended.

# APPOINTMENT AFFIDAVITS

United States District Judge, District of Columbia

*(Position to which Appointed)*

02/21/2023

*(Date Appointed)*

United States District Court

*(Department or Agency)*

District of Columbia

*(Bureau or Division)*

Washington, DC

*(Place of Employment)*

I, Ana C. Reyes _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 22 day of ___February_____, 2023.

at Washington _____
        *(City)*

DC _____
    *(State)*

(SEAL)

*(Signature of Officer)*

Commission expires_____
(If by a Notary Public, the date of his/her Commission should be shown)

Chief Judge
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable



# Text of the Oaths of Office for Supreme Court Justices

## INFORMATION SHEET

Justices of the Supreme Court of the United States are required to take two oaths before they may execute the duties of their appointed office.

**The Constitutional Oath**
As noted below in Article VI, all federal officials must take an oath in support of the Constitution:

> "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."

The Constitution does not provide the wording for this oath, leaving that to the determination of Congress.   From 1789 until 1861, this oath was, "I do solemnly swear (or affirm) that I will support the Constitution of the United States."  During the 1860s, this oath was altered several times before Congress settled on the text used today, which is set out at 5 U. S. C. § 3331.  This oath is now taken by all federal employees, other than the President:

> "I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God."



*Richard Hofmeister, Smithsonian Institution*

*Retiring Chief Justice Warren E. Burger (in robe) administers the Constitutional Oath to his successor, Associate Justice William H. Rehnquist, in the East Room of the White House. Mrs. Natalie Rehnquist holds the Bible while President Ronald Reagan looks on.*

**The Judicial Oath**

The origin of the second oath is found in the Judiciary Act of 1789, which reads "the justices of the Supreme Court, and the district judges, before they proceed to execute the duties of their respective offices" to take a second oath or affirmation.  From 1789 to 1990, the original text used for this oath (1 Stat. 76 § 8) was:

> "I, _____, do solemnly swear or affirm that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____, according to the best of my abilities and understanding, agreeably to the constitution and laws of the United States.  So help me God."

In December 1990, the Judicial Improvements Act of 1990 replaced the phrase "according to the best of my abilities and understanding, agreeably to the Constitution" with "under the Constitution."  The revised Judicial Oath, found at 28 U. S. C. § 453, reads:

> "I, _____, do solemnly swear (or affirm) that  I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States.  So help me God."

**The Combined Oath**

Upon occasion, appointees to the Supreme Court have taken a combined version of the two oaths, which reads:

> "I, _____, do solemnly swear (or affirm) that  I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that  I will bear true  faith and allegiance to the same; that  I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God."

Below is a proper judicial oath for Justice REHNQUIST – as prescribed by law and Congress.

Compare to 28 U.S.C. § 453 before its 1990 amendment and to the September 1789 Judiciary Act:

## Supreme Court of the United States

### No. ----- October Term, 1985

I, WILLIAM H. REHNQUIST, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Chief Justice of the United States according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States.

So help me God.

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*uscode.house.gov* provides the statutory **text** as **prescribed** by Congress for the judicial oath:

## Title 28 USC §453. Oaths of justices and judges

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, _____ XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States. **So help me God**."

*[The plain English of "So help me God" as the prescribed text by law is emphasized.]*

(June 25, 1948, ch. 646,  62 Stat. 907 ; Pub. L. 101–650,title IV, §404, Dec. 1, 1990,  104 Stat. 5124 .)

### HISTORICAL AND REVISION NOTES

Based on title 28, U.S.C., 1940 ed., §§241, 372, and District of Columbia Code, 1940 ed., §§11–203, 11–303 (R.S.D.C., §752, 18 Stat. pt. II, 90; Feb. 9, 1893, ch. 74, §3,  27 Stat. 435  ; Mar. 3, 1901, ch. 854, §223, 31 Stat. 1224 ; Mar. 3, 1911, ch. 231, §§136, 137, 257, 36 Stat. 1135  , 1161; Feb. 25, 1919, ch. 29, §4, 40 Stat. 1157 ).

This section consolidates sections 11–203 and 11–303 of District of Columbia Code, 1940 ed., and section 372 of title 28, U.S.C., 1940 ed., with that portion of section 241 of said title 28 providing that judges of the Court of Claims shall take an oath of office. The remainder of said section 241 comprises sections 171 and 173 of this title.

The phrase "justice or judge of the United States" was substituted for "justices of the Supreme Court, the circuit judges, and the district judges" appearing in said section 372, in order to extend the provisions of this section to judges of the Court of Claims, Customs Court, and Court of Customs and Patent Appeals and to all judges of any court which may be created by enactment of Congress. See definition in section 451 of this title.

The Attorney General has ruled that the expression "any judge of any court of the United States" applied to the Chief Justice and all judges of the Court of Claims. (21 Op. Atty. Gen. 449.)

### EDITORIAL NOTES

#### AMENDMENTS

**1990**-Pub. L. 101–650 substituted "under the Constitution" for "according to the best of my abilities and understanding, agreeably to the Constitution".

### STATUTORY NOTES AND RELATED SUBSIDIARIES

#### EFFECTIVE DATE OF 1990 AMENDMENT

Amendment by Pub. L. 101–650 effective 90 days after Dec. 1, 1990, see section 407 of Pub. L. 101–650, set out as a note under section 332 of this title.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Timothy J. Kelly _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___18th___ day of ___September, 2017___ .

_____
Chief Judge

Actual abode:

Official station*    Washington, DC

Date of birth

Date of Entry on Duty    September 18, 2017

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Trevor N. McFadden _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ 3rd _____ day

of _____ November 2017 _____.

_____
Chief Judge

Actual abode:

Official station*

Date of birth

Date of Entry on Duty

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Jia M. Cobb _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ 18th _____

day of _____ November 2021 _____.

_____
Chief Judge

Actual abode:              (b)(6)

Official station*          Washington, DC

Date of birth              (b)(6)

Date of Entry on Duty      11/18/2021

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Ana C. Reyes _____, do solemnly swear (or affirm) that I will administer

justice without respect to persons, and do equal right to the poor and to the rich, and that I

will faithfully and impartially discharge and perform all the duties incumbent upon me as

United States District Judge for the District of Columbia under the Constitution and laws

of the United States; and that I will support and defend the Constitution of the United States

against all enemies, foreign and domestic; that I will bear true faith and allegiance to the

same; that I take this obligation freely, without any mental reservation or purpose of

evasion; and that I will well and faithfully discharge the duties of the office on which I am

about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ 22nd _____ day of

_____ February 2023 _____ .

_____
Chief Judge

Actual abode:            (b)(6)

Official station*        Washington, DC

Date of birth            (b)(6)

Date of Entry on Duty    02/22/2023

---

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Beryl Alaine Howell _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___21st_____

day of _____January, 2011_____.

_____

Actual abode:        (b) (6)

Official station[*]      United States District Court for the District of Columbia

Date of birth        (b) (6)

Date of Entry on Duty    _January 21, 2011_____

---

[*] Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____James Emanuel Boasberg_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __1st__ day of __April, 2011.__

_____
J. Truman Morrison

Actual abode: ___(b) (6)___

Official station*

Date of birth ___(b) (6)___

Date of Entry on Duty ___4/1/11___

---

\* Title 28, sec. 456 United States Code as amended.

## Chief Judge James E. Boasberg



James E. "Jeb" Boasberg became Chief Judge of the District Court on March 17, 2023.  He was originally appointed to the District Court in March 2011. Chief Judge Boasberg is a native Washingtonian, having graduated from St. Albans School in 1981. He received a B.A., magna cum laude, in History in 1985 from Yale College, where he also played basketball. Chief Judge Boasberg then received an M.St. in Modern European History from Oxford University in 1986 and a J.D. from Yale Law School in 1990.

Chief Judge Boasberg next served as a law clerk to Judge Dorothy W. Nelson on the U.S. Court of Appeals for the Ninth Circuit. Following his clerkship, he was a litigation associate at Keker & Van Nest in San Francisco from 1991 to 1994 and at Kellogg, Huber, Hansen, Todd & Evans in Washington from 1995 to 1996. In 1996 Chief Judge Boasberg joined the United States Attorney's Office for the District of Columbia as an Assistant United States Attorney, where he served for 5½ years and specialized in homicide prosecutions.

In September 2002, Chief Judge Boasberg became an Associate Judge of the District of Columbia Superior Court, where he served in the Civil and Criminal Divisions and the Domestic Violence Branch until his appointment to the federal bench in 2011.

Chief Judge Boasberg also served a seven-year term on the United States Foreign Intelligence Surveillance Court beginning in May 2014.  Appointed by Chief Justice John Roberts, he was the Court's Presiding Judge from January 2020 to May 2021.  He is currently the President of the Edward Bennett Williams Inn of Court and a member of the Yale University Council.  He is also the past Chair of the Governing Board of St. Albans School.

# New Initiates Into The Order for 1985



P. 2183                                                        D. 183

| | |
|---|---|
| James Emmanuel Boasberg | Washington, D.C. |
| William John Carr Carlin, Jr. | Brooklyn, New York |
| Ashok Jai Chandrasekhar | New York, New York |
| Scott David Frankel | Pepper Pike, Ohio |
| Jay Alan Grossman | Randolph, Massachusetts |
| Wei-Tai Kwok | Annandale, Virginia |
| Peter Barnes Lindy | Memphis, Tennessee |
| Timothy Charles Misner | Silver Spring, Maryland |
| Steven Terner Mnuchin | New York, New York |
| James Gerard Petela | Branford, Connecticut |
| Richard Hart Powers | Niantic, Connecticut |
| Morgan Robert Smock | New Hope, Minnesota |
| Horace Dutton Taft | New Haven, Connecticut |
| Gregory Allan Thomson | Brooklyn, New York |
| Kevin Sanchez Walsh | Pelham Manor, New York |

"*Each annual class of new initiates forms a club consisting of 15 members. Initiates are called Knights in the first year and thereafter Patriarchs. The annual announcement of new initiates has not varied over the years.*"

"*Each club has a number. This is located in the top right hand corner of the announcement sheet (i.e., D. 115 for 1917 and D. 183 for 1985). Further, one member is designated a "club chairman" or agent, with the function to act as liaison with the Secretary of the Russell Trust Association in New York.*"

[Sutton, Antony C.. America's Secret Establishment: An Introduction to the Order of Skull & Bones. Trine Day.]



# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

### *Frank Giustino*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.



*Done at the City of Washington, District of Columbia, on January 27, 2025.*

ID317793

