# Donald J. Trump

*President of the United States of America*

# Certificate of Pardon

### *Frank Giustino*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.



*Done at the City of Washington, District of Columbia, on January 27, 2025.*

ID317793

# Certificate of Pardon (Intranet Quorum IMA00924552)

| | |
|---|---|
| From | USPardon.Attorney@usdoj.gov <uspardon.attorney@usdoj.gov> |
| To | Frank R. Giustino<███████████@pm.me> |
| Date | Monday, January 27th, 2025 at 11:46 AM |

**From:** Office of the Pardon Attorney, U.S. Department of Justice
**To:** Frank Giustino
**Date:** January 27, 2025

You were pardoned under President Trump's January 20, 2025 clemency proclamation. The Certificate of Pardon included here is proof that you were pardoned under the proclamation.

## What's next

## Save or print your certificate.

Save or print the certificate so you can show proof of the pardon when needed. The pardon means that you're forgiven, but you still have a criminal conviction. It may:

- remove restrictions on your right to vote, hold office, or be part of a jury
- relieve you from penalties for your charge/conviction, including jail time

The Office of the Pardon Attorney will provide notice of the pardon to the Federal Bureau of Investigation.

---

**326.82 KB**   2 files attached

| Frank Giustino.pdf 326.54 KB | IQFormatFile.txt 284 bytes |



NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

     vs.                         Criminal Number  22-MJ-02

Frank Rocco Giustino
         (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA          ☐ RETAINED          ☑ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Evan Sugar
*(Attorney & Bar ID Number)*

Federal Defenders of New York, Inc.
*(Firm Name)*

770 Federal Plaza
*(Street Address)*

Central Islip, NY 11722
*(City)*         *(State)*     *(Zip)*

631-712-6500
*(Telephone Number)*



# New York State Unified Court System

## Attorney Online Services - Search

**Close**

### Attorney Detail Report *as of 01/25/2023*

| | |
|---|---|
| **Registration Number:** | 4927711 |
| **Name:** | EVAN FLINN SUGAR |
| **Business Name:** | FEDERAL DEFENDERS OF NEW YORK, INC. |
| **Business Address:** | 770 FEDERAL PLZ |
| | CENTRAL ISLIP, NY 11722-4466 |
| | (Suffolk County) |
| **Business Phone:** | (631) 712-6500 |
| **Email:** | |
| **Date Admitted:** | 05/18/2011 |
| **Appellate Division Department of Admission:** | 1st |
| **Law School:** | BENJAMIN N. CARDOZO SCHOOL OF LAW |
| **Registration Status:** | Attorney - Due to Register within 30 Days of Birthday |
| **Next Registration:** | Jan 2023 |

### Disciplinary History

*No record of public discipline*



The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

# Clarification

---

From   Frank R. Giustino <██████████@pm.me>

To     Evan Sugar <Evan_Sugar@fd.org>

Date   Thursday, January 12th, 2023 at 4:38 PM

---

Hey, Evan, just wanted to clarify:

Myself asking to see a copy of the judges proper documented oaths of office before plea bargain would ONLY go on record at the time of accepting the plea deal itself? Not before? If I don't move into plea bargain yet and choose to delay instead, asking for said oaths wouldn't be on record?

Also, can I get a summary of what you told me everyone else and the prosecution said on our phone call? Just want to make sure it's all accurate to what I heard before we follow up and decide next week. Thanks!

**RE: Clarification**

| From | Evan Sugar <Evan_Sugar@fd.org> |
| --- | --- |
| To | Frank R. Giustino<█████████@pm.me> |
| Date | Thursday, January 12th, 2023 at 4:55 PM |

The plan would be that on the date of the plea, at the hearing, before you enter the plea, I would ask the prosecutor to confirm that he took the proper oath and the judge to take judicial notice that he as do all district court judges took the proper oath.

Based on everything I discussed with my counterpart at the federal defenders in DC and the prosecutor I think that is the best and really only way to accomplish what you are trying to accomplish. The prosecutor confirmed my understanding that he never signed anything when he took the oath and that a verbal oath is the common practice. I believe the same to be the case for federal judges. So, I don't think there is any document (certified or not) that confirms it.

US attorneys take the same oath as members of the executive and legislative branches: "I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter: So help me God." The prosecutor in this case confirmed to me that he took that oath and will confirm it on the record.

Federal judges take this oath: "I do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as [district court judge] under the Constitution and laws of the United States. So help me God." I will ask the judge in your case to take judicial notice of the fact that he like all district court judges in fact took that oath prior to taking the bench.

Does that clarify everything?

Evan Sugar

Assistant Federal Defender

Federal Defenders of New York

770 Federal Plaza | Central Islip, NY 11722

# RE: Clarification

| | |
|---|---|
| From | Evan Sugar <Evan_Sugar@fd.org> |
| To | Frank R. Giustino<██████████@pm.me> |
| Date | Wednesday, January 18th, 2023 at 10:26 AM |

Hi Frank,

I spoke to the courtroom deputy for one of the district court judges in Central Islip, and she confirmed what I thought about the oath. She said the oath is taken orally in court and that there is no signed document.

Evan Sugar

Assistant Federal Defender

Federal Defenders of New York

770 Federal Plaza | Central Islip, NY 11722

# RE: Brunson Decision & Confirmation

| | |
|---|---|
| From | Evan Sugar <Evan_Sugar@fd.org> |
| To | Frank R. Giustino< ██████████@pm.me> |
| Date | Tuesday, February 14th, 2023 at 12:51 PM |

Hi Frank,

To summarize our conversation about the oath issue. My view is that, if as a result of your FIOA request or otherwise, you find out that Judge Boasberg or potentially Judge Howell did not take the oath of office as required under 28 USC 453, you would have grounds to vacate (if you find out prior to sentencing) or appeal (if after sentencing your plea). I think the claim would be that the court lacked jurisdiction to hear your plea and impose your sentence. Like I said in my office, I think the chance of that being the case is very close to zero, but as long as it remains important to you, I encourage you to pursue the FOIA request.

I obviously cannot guarantee results, but if you receive information that supports a vacatur or appellate motion I will assist as much as my organization permits me to.

Let me know if you need anything else.

Best,

Evan

Evan Sugar

Assistant Federal Defender

Federal Defenders of New York

770 Federal Plaza | Central Islip, NY 11722

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ James Emanuel Boasberg _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Columbia</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.   SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ____ day

of _Avil, 2011._____.

_____
J. Truman Morrison

Actual abode: _____ (b) (6) _____

Official station*: _____

Date of birth _____ (b) (6) _____

Date of Entry on Duty _____ 4/1/11 _____

_____

* Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____James Emanuel Boasberg_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ day

of _Avil, 2011_.

_____
J. Truman Morrison

**Actual** abode:                    (b) (6)

**Official station**[*]

**Date of birth**                    (b) (6)

**Date of Entry on Duty**            4/1/11

_____

[*]  Title 28, sec. 456 United States Code as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ James Emanuel Boasberg _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ day

of _April, 2011._

_____
J. Truman Morrison

Actual abode: (b) (6)
Official station* _____
Date of birth (b) (6)
Date of Entry on Duty _4/1/11_

---

* Title 28, sec. 456 United States Code as amended.

# New Initiates Into The Order for 1985

𝔓. 2183                                    𝔇. 183

| | |
|---|---|
| James Emmanuel Boasberg | Washington, D.C. |
| William John Carr Carlin, Jr. | Brooklyn, New York |
| Ashok Ini Chandrasekhar | New York, New York |
| Scott David Frankel | Pepper Pike, Ohio |
| Jay Alan Grossman | Randolph, Massachusetts |
| Wei-Tai Kwok | Annandale, Virginia |
| Peter Barnes Lindy | Memphis, Tennessee |
| Timothy Charles Misner | Silver Spring, Maryland |
| Steven Terner Mnuchin | New York, New York |
| James Gerard Pletela | Branford, Connecticut |
| Richard Hart Powers | Niantic, Connecticut |
| Morgan Robert Smock | New Hope, Minnesota |
| Horace Dutton Taft | New Haven, Connecticut |
| Gregory Allan Thomson | Brooklyn, New York |
| Kevin Sanchez Walsh | Pelham Manor, New York |

*"Each annual class of new initiates forms a club consisting of 15 members. Initiates are called Knights in the first year and thereafter Patriarchs. The annual announcement of new initiates has not varied over the years."*

*"Each club has a number. This is located in the top right hand corner of the announcement sheet (i.e., D 115 for 1917 and D 183 for 1985). Further, one member is designated a "club chairman" or agent, with the function to act as liaison with the Secretary of the Russell Trust Association in New York."*

[Sutton, Antony C.. America's Secret Establishment: An Introduction to the Order of Skull & Bones. Trine Day.]



## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____Beryl Alaine Howell_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___21st_____

day of _____January, 2011_____.

_____

Actual abode:          (b) (6)

Official station*      United States District Court for the District of Columbia

Date of birth          (b) (6)

Date of Entry on Duty  ___January 21, 2011_____

_____

* Title 28, sec. 456 United States Code as amended.

# APPOINTMENT AFFIDAVITS

United States Attorney
*(Position to which Appointed)*

11/05/2021
*(Date Appointed)*

Department of Justice
*(Department or Agency)*

U.S. Attorney's Office
*(Bureau or Division)*

District of Columba
*(Place of Employment)*

I, Matthew M. Graves _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(b)(6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 5ᵗʰ day of _____November_____ , 2021

at ___Washington___        ___DC___
        *(City)*                    *(State)*

(SEAL)

*(Signature of Officer)*

*Chief Judge*
*(Title)*

Commission expires ___N/A___
*(If by a Notary Public, the date of his/her Commission should be shown)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# APPOINTMENT AFFIDAVITS

Attorney General
*(Position to which Appointed)*

*(Date Appointed)*

**No!!**

Department of Justice
*(Department or Agency)*

Office of the AG
*(Bureau or Division)*

Washington, DC
*(Place of Employment)*

I, _____Merrick B. Garland_____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion, and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 11th day of March , 2021

at Washington                         D.C.
*(City)*                              *(State)*

(SEAL)

*(Signature of Officer)*

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*

Assistant Attorney General /A
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable



# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

JAMES R. BAUGHER
Associate Director
Department of Administrative Services

WASHINGTON, D.C. 20544

MICHAEL L. SMITH
Chief Human Resources Officer
Human Resources Office

August 6, 2024

Frank Rocco Giustino



Dear Sirs:

This is in response to your request for a copy of the oath of office form for the following judges. The Administrative Office of the United States Courts does not release copies of a judge's signed oath of office. However, this letter will confirm that these judges have been appointed as a judge and took the oath of office prescribed by law as noted below. The text of the oath of office for judges may be found in the United States Code at 28 U.S.C. § 453 and 5 U.S.C. § 3331. Please also note that United States Judges are not issued bonds.

| Name and Title | Oath of Office Date |
| --- | --- |
| Steven I. Locke<br>Magistrate Judge<br>Eastern District of New York | July 23, 2014 |
| Zia M. Faruqui<br>Magistrate Judge<br>District of Columbia | September 14, 2020 |
| G. Michael Harvey<br>Magistrate Judge<br>District of Columbia | February 13, 2015 |
| Robin M. Meriweather<br>Magistrate Judge<br>District of Columbia | January 10, 2017 |

Page 2

Christopher P. Tuite                    February 5, 2018
Magistrate Judge
Middle District of Florida

Please note that the Administrative Office does not provide appointment affidavits or letters of appointment.

Thank you for your inquiry.

Sincerely,

Judges Compensation and
Retirement Division

- - - *End of Correspondence* - - -

**OHR-JCRSD**
**ADMINISTRATIVE OFFICE OF THE**
**UNITED STATES COURTS**
**WASHINGTON, D.C. 20544**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



NEOPOST          FIRST-CLASS MAIL
08/06/2024
US POSTAGE $000.69⁰

ZIP 20544
041M11456930

Frank Rocco Giustino

1    issue a warrant for your arrest.

2         Thank you, everybody.

3         Mr. Collyer, you can file --

4         THE DEFENDANT:  Why don't I issue a warrant for your

5    arrest?  I think the U.S. Marshal should come after you, not

6    me.  You're the one that is going to be put in default

7    judgment.  Do you understand me?  You've been refused for

8    cause.  You do not have an oath of office under statute that's

9    conforming.  You are not doing it.

10        And, Doug, you're an asshole.

11        THE COURT:  Nicole, if you would be so kind as to mute

12   the defendant.

13        THE DEFENDANT:  Yeah.  Doug, fuck you, by the way.

14        THE COURT:  Mr. Giustino, you are also going to risk

15   contempt of court if you continue to act in such an uncivilized

16   and obstreperous manner.

17        Mr. Collyer, you may file your amended memorandum.  Is

18   the 30th sufficient time?

19        MR. COLLYER:  Yes, Your Honor.  Thank you.

20        THE COURT:  Thank you.  And I would certainly be

21   receptive to such amended memorandum.

22        Okay.  Thank you all.  See you on the 13th.

23        (The hearing concluded at 2:53 p.m.)

24                          -  -  -

25

## U.S. Marshals Service (USMS)
### USMS District 18–Middle Florida

Options & Language ▾

Your information was submitted successfully. Use the credentials below to login and add additional information at any time. Also, please login often to see if any questions or messages have been left for you. You can login through your browser on a PC, smart phone, or other mobile device.

### Login Instructions

<u>Website</u>: www.p3tips.com
<u>Tip ID</u>: 777-W54943
<u>Password</u>: ███████

You may reach us by the following methods:
<u>iOS or Android Mobile App</u>: P3 Tips
<u>Mobile or PC Browser</u>: www.p3tips.com

**CLICK HERE TO CHAT LIVE OR ADD ADDITIONAL INFORMATION**

**<u>Important</u>**: Record the login information above somewhere safe. Thank you for contacting the U.S. Marshals Service Tip Line. The information you have provided will be reviewed and evaluated according to the U.S. Marshals Service and Department of Justice guidelines, and appropriate action will be taken. Your time and effort in providing this information is appreciated. If you wish you can add any additional information at anytime. If this is an emergency or urgent matter contact 911.

AO 442 (Rev 01/09) Arrest Warrant

1137153)

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▼

United States of America
**FRANK ROCCO GIUSTINO**
)
)
)    Case No.   23cr16-JEB
)
)

*Defendant*

U.S. MARSHAL-DC PM4:26
RECEIVED SEP 29 '23

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FRANK ROCCO GIUSTINO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

09/29/2023 - Minute Entry for proceedings held before Chief Judge James E. Boasberg: Case called for Sentencing on
9/29/2023 as to FRANK ROCCO GIUSTINO (1) Defendant FAILED TO APPEAR. The Court ORDERS a NO BOND
warrant issued as to FRANK ROCCO GIUSTINO(1). Bond Status of Defendant: FAILED TO APPEAR/WARRANT TO
ISSUE; Court Reporter: Tammy Nestor; Defense Attorney: Pro Se; US Attorney: Douglas Collyer; Pretrial Officer: Christine
Schuck. (nbn) (Entered: 09/29/2023)

Date:   09/29/2023

*Issuing officer's signature*

City and state:   WDC

James E. Boasberg, USDC Chief Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* |
| Date: |
| *Arresting officer's signature* |
| *Printed name and title* |



/s/ Frank Rocco

'Justice' has a name. Giustino.

Redeemed Lawful Money
Pursuant to 12 USC §411
https://uscode.house.gov/