

**Leave to File GRANTED**

　　　　　　　　　　　1/30/25

_____

**James E. Boasberg**
Chief Judge