| | |
|---|---|
| United States District Court<br>for the District of Columbia<br>333 Constitution Avenue N.W.<br>Washington, D.C. 20001 | *Case # 23-cr-16-JEB* |
| USA v. Frank Rocco Giustino<br>*On and for the behalf of the United States* | |
| **ORDER FOR REFUND OF FINES** | |

     **COMES NOW**, Frank Rocco of the GIUSTINO family and Redeemed. Title 12 U.S.C. § 411 allows for "Them", "*They* shall be redeemed…" to make demand and be removed from the national debt Special Drawing Rights (SDRs) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act.

     Frank Rocco has formed an interlocutory allocution based in the fact that James Emanuel "JEB" BOASBERG has a deviant oath of office. Please observe the PACER court markings, below – that Frank refused for cause BOASBERG's oath of office first published on 5/30/23, and registered "Filed" again on 6/8/23 and 9/26/23. The note at the bottom of every Standard Form 61 ("SF-61") Appointment Affidavits for federal officers advises to contact legal counsel for advice regarding oath deviations, due to religious grounds. However, it is not incumbent upon Frank Rocco to research more than what Congress provides, and a detailed investigation is found in Docs 59 and 70 herein this case. No copy of BOASBERG's SF-61 was ever provided to Frank by the U.S. Department of Justice, at all – when BOASBERG's deviant "Combined Oath" was delivered to Frank through FOIA request responses.

> Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

     It has now come to Frank Rocco's attention that two refunds for "assessments and restitution" have been issued, following BOASBERG's "ORDER" – being court fines that were assessed due to pardons granted by President Donald John TRUMP, while another "January 6" case was in its appeal.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____James Emanuel Boasberg_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

[Handwritten overlay: "Refusal for Cause" across text; "NO!!" at right; "SO HELP ME GOD" circled]

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___1st___ day of ___April, 2011___.

_____
J Truman Morrison

Actual abode: (b) (6)
Official station*
Date of birth   (b) (6)
Date of Entry on Duty   4/1/11

* Title 28, sec. 456 United States Code as amended.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CYNTHIA BALLENGER, *et al.*,<br><br>Defendants. | Criminal Action No. 21-719 (JEB) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [177] Motion for Reconsideration is GRANTED; and

2. The United States shall refund Defendants Ballenger and Price $570 each.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: December 3, 2025

Due to the deviant oath of office of "JEB", Frank Rocco saw no point in pursuing an appeal if only to be confronted by the same deviant oath challenges with appellate "judges" in the Circuit Court. Without any judicial oversight, Frank chose to proceed in abatement for the fatal flaw (being that a deviant oath is not a legal oath at all) and drafted the "*Interlocutory Allocution*" (**Doc 59**) in lieu of an interlocutory appeal. Frank presumed that "JEB" could be embarrassed about this criminal syndicalism being exposed – "aka" no federal judicial oversight – and also presumed the prosecution be terminated.

Subsequently, Frank was then arrested in Florida on an order and bench warrant by "JEB" and extradited to Washington, D.C. for sentencing, with extradition taking weeks. After weeks of "diesel / jet fuel therapy", Frank was mentally strained while dealing with ongoing physical health issues in the jails, as well so as to miss the tiny "allocution window". Understand, that while "JEB" is accustomed to obfuscating justice (such as disguising allocution) daily, Frank was experiencing a (transcript follows) one-time event. Possibly against the prosecution's wishes, "JEB" did not add any jail time or court fine for Frank's "Failure to Appear". The original – rather "light" sentencing and fines agreed upon in the original plea "bargain", were adhered to. Frank had since paid the Clerk of Court $510 overall in fines.

Two defendants of the same "January 6" prosecutions have been awarded full refunds of fines. "Authority" (case law) on this level might jeopardize and compromise the integrity of the widespread criminal impersonation. Frank Rocco is doubtful there is any stare decisis (case law) to find – that incriminates federal "judges" for such subtle, yet inexcusable deviations in their oaths of office on file.

Therefore, this ORDER is framed into an Executive Order – primarily because Frank would like his money refunded back, as well. Another good reason, is that accusations against "JEB" for "Arctic Frost" – by summoning private phone records based on being Republican party representatives and senators – is a good example of what behaviors may follow, with complete lack of fidelity bond through these deviant oaths of office.

In other words: If you give an inch, these pretend judicial "officers" will take a mile. Also in other words, while this Document is named *"ORDER FOR REFUND OF FINES"* – it may be also considered, *"A GOOD START"*.

This Document will be shown to the President of the United States for his signature, as a special Executive Order, should "JEB" deny its "leave to file" in the United States District Court for the District of Columbia.

HEREBY ORDERED by the President of the United States:

_____
President Donald J. Trump

State of: __Florida__
County of: __Pasco__
The foregoing instrument was acknowledged before me __5th__ day of __January__, __2026__
__Jared Baribeau, Notary Public__
Your Name Here, Notary Public
My Commission Expires __10/02/2029__

Notary: _[signature: Jared Baribeau]_

JARED BARIBEAU
Notary Public - State of Florida
Commission # HH 727507
My Comm. Expires Oct 2, 2029

_____
Frank Rocco

**Redeemed Lawful Money
Pursuant to 12 USC §411
https://uscode.house.gov/**

NOTARY I.D. NO.
1867104

COMMISSION NO.
HH 727507

# STATE OF FLORIDA

Executive Department

I, Ron DeSantis, Governor of Florida, by virtue of the authority vested in me
by the Constitution and Laws of this State,
do hereby commission

## Jared Baribeau

to be

**NOTARY PUBLIC**

in and for the State of Florida
from October 3, 2025 through October 2, 2029 and in the
Name of the People of the State of Florida to have, hold and exercise the said office and
all the powers and responsibilities appertaining thereto, and to receive the privileges
and emoluments thereof in accordance with the law,
In Testimony Whereof, I do hereunto set my hand and cause to be affixed the
Great Seal of the State, Tallahassee, Florida.

Governor

Secretary of State    NNAF

# OATH OF OFFICE
(Art. II. § 5(b), Fla. Const.)

**RECEIVED**

2023 JAN -3 AM 9:59

DIVISION OF ELECTIONS
TALLAHASSEE, FL

**STATE OF FLORIDA**

County of __Leon__

~~Refusal for Cause~~

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

~~No!!~~ __Governor__
(Title of Office)

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." See § 92.52, Fla. Stat.]

_____
Signature

Sworn to and subscribed before me by means of ✓ physical presence or ___ online notarization, this __3rd__ day of __January__, __2023__.

__Susan L. Smith__
Signature of Officer Administering Oath or of Notary Public

__Susan L. Smith__
Print, Type, or Stamp Commissioned Name of Notary Public

> SUSAN L. SMITH
> MY COMMISSION # GG 922809
> EXPIRES: January 18, 2024
> Bonded Thru Notary Public Underwriters

Personally Known ✓   OR   Produced Identification ☐

Type of Identification Produced _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

I accept the office listed in the above Oath of Office.

Mailing Address:   ☐ Home   ☑ Office

__400 S. Monroe St.__
Street or Post Office Box

__Tallahassee, FL 32399__
City, State, Zip Code

__Ron DeSantis__
Print Name

_____
Signature

DS-DE 56 (Rev. 02/20)

**11/21/23 SENTENCING HEARING TRANSCRIPT:**

```
                                                              1


 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
     UNITED STATES OF AMERICA,
 3                                          Criminal Case
                    Plaintiff(s),           No. 23-00016 JEB
 4            v.
                                            Washington, D.C.
 5   FRANK ROCCO GIUSTINO,
                                            November 21, 2023
 6                  Defendant(s).

 7   ------------------------------------------------------------

 8                         SENTENCING HEARING
              BEFORE THE HONORABLE JAMES E. BOASBERG
 9              UNITED STATES DISTRICT CHIEF JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):    Douglas Collyer, Esquire
                              United States Department of Justice
12                            14 Durkee Street
                              Room 340
13                            Plattsburgh, New York 12901

14


15   FOR THE DEFENDANT(S):    Frank R. Giustino, Pro Se

16


17


18


19   REPORTED BY:             Tammy Nestor, RMR, CRR
                              Official Court Reporter
20                            333 Constitution Avenue Northwest
                              Washington, D.C. 20001
21                            tammy_nestor@dcd.uscourts.gov

22


23


24


25
```

Frank notifies "JEB" that he will be reading his written allocution aloud from his document in hand and is interrupted – Bottom of Page 11:

```
                                                              11

 1   any explanation why this --
 2          THE COURT:  I would be happy to provide you with a
 3   copy of the bench warrant.
 4          THE DEFENDANT:  Okay.  Signed and executed by the
 5   marshal?
 6          THE COURT:  I signed it.
 7          THE DEFENDANT:  No.  Just to clarify, the signature on
 8   the bench warrant of yours is there.  I'm talking about the
 9   copy of the bench warrant that has the signature from the
10   executing officer as well.  I have the copy that's only --
11   nobody signed it.  It's blank.  I have it on me right now.
12          THE COURT:  It was executed because you were, in fact,
13   arrested.
14          THE DEFENDANT:  No, I understand what is being said,
15   but I mean, I would just like to see the actual copy of the
16   executing -- just to have as, you know, court of record.
17          THE COURT:  Okay.  So go ahead.
18          THE DEFENDANT:  Yeah.  I first want to say that I
19   condemn all violence on the day of January 6, 2021.  We may all
20   have our differences.  We may all have our different
21   backgrounds and come from different places.  But all violence,
22   I believe, should be something that we should condemn before we
23   have some sort of civil discourse with one another regardless
24   of political views.
25          That day -- and I am going to read my allocution in
```

Then keeping the allocution in mind, Frank begins reading it aloud for the record, but this time, both the Official Court Reporter and "JEB" directly interrupt Frank – Lines 7 and 14:

13

```
 1  make as far as the statements that have been made about me
 2  wanting to attack the Capitol, which is not true, or being a
 3  part of that.  I just simply got caught up in it and further
 4  disoriented, which then led to any other, you know, location I
 5  ended up in.  But I just wanted to make that clear.
 6          Comes now Frank Rocco of the Giustino family --
 7          (There was an interruption by the court reporter.)
 8          Comes now Frank Rocco of the Giustino family and
 9  redeems Title 12 United States Code, Section 411 allows for
10  them, they shall be redeemed, to make demand and be removed
11  from the national debt special drawing rights, parentheses, SDR
12  in the same sense as the original verbiage at Section 16 of the
13  1913 Federal Reserve Act.
14          THE COURT:  Okay.  I'm going to stop you right there.
15  I can hear -- this is not the time for legal argument about
16  some federal reserve act which has nothing whatsoever to do
17  with this case.  And I'm not going to sit and listen to
18  something that is completely irrelevant.
19          If you want to make an allocution about what you did
20  that day and your position, any remorse you have, your thoughts
21  about it, your thoughts about the sentence, I am happy to hear
22  you, but not anything about a federal reserve act or redeemed
23  people.
24          THE DEFENDANT:  Redeemed people, it's redeeming
25  unlawful money.  It's not some sovereign citizen garbage.  It
```

**[Transcription error correction: "lawful money", NOT "unlawful money" - F.R.G.]**

When the allocution window arrives, Frank Rocco is convinced that his attempt to make allocution affidavit into the record has been somehow revoked, or will be ignored – while unused to the situation, claiming a rare, unprecedented form of arraignment pleading under duress – Lines 15 and 16:

23

```
 1        THE DEFENDANT:  -- because I have not received always
 2   the best medical help?
 3        THE COURT:  I'm sorry to hear that.  Unfortunately
 4   that is sometimes the case.  But I hope that you will -- are
 5   you at CTF now, or are you at the jail?
 6        THE DEFENDANT:  I'm supposed to be transferred to CTF.
 7   I'm awaiting CTF.
 8        THE COURT:  I imagine you'll receive better medical
 9   care at that facility.
10        Any objection to the sentence imposed not already on
11   the record, Mr. Collyer?
12        MR. COLLYER:  No, sir.
13        THE COURT:  Mr. Giustino, anything further?
14        THE DEFENDANT:  Any objection?
15        THE COURT:  Yes, beyond what's already on the record.
16        THE DEFENDANT:  Can I enter as no contendo (sic)?
17        THE COURT:  I am not sure what that means in this
18   circumstance, but if you wish to say that, that's fine.
19        THE DEFENDANT:  Yes, no contendo.
20        THE COURT:  All right.  Thank you.
21        Mr. Giustino, when you get out, good luck to you.  I
22   am hoping that you are going to return to your law-abiding path
23   prior to January 6.  Thank you.
24        THE COURTROOM DEPUTY:  Your Honor, remaining counts
25   from the government?
```

In hindsight, and by BOASBERG's other illegal activities and behaviors – one can easily argue that a perfectly executed allocution affidavit would have still been ignored by BOASBERG, anyway:

**Leave to File GRANTED**

1/30/25

James E. Boasberg
Chief Judge



Case 1:23-cr-00016-JEB   Document 36   Filed 05/30/23   Page 6 of 13

| P. 2183 | D. 183 |
|---|---|
| James Emanuel Boasberg | Washington, D.C. |
| William John Carr Carlin, Jr. | Brooklyn, New York |
| Ashok Jai Chandrasekhar | New York, New York |
| Scott David Frankel | Pepper Pike, Ohio |
| Jay Alan Grossman | Randolph, Massachusetts |
| Wei-Tai Kwok | Annandale, Virginia |
| Peter Barnes Lindy | Memphis, Tennessee |
| Timothy Charles Misner | Silver Spring, Maryland |
| Steven Terner Mnuchin | New York, New York |
| James Gerard Pletela | Branford, Connecticut |
| Richard Hart Powers | Niantic, Connecticut |
| Morgan Robert Smock | New Hope, Minnesota |
| Horace Dutton Taft | New Haven, Connecticut |
| Gregory Allan Thomson | Brooklyn, New York |
| Kevin Sanchez Walsh | Pelham Manor, New York |

**OATH OF OFFICE FOR UNITED STATES JUDGES**

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____James Emanuel Boasberg_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

*[Annotated in red: "Refusal for Cause" and "NO!!" with "SO HELP ME GOD" circled]*

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __1st__ day of __April, 2011__.

J. Truman Morrison

Actual abode: (b) (6)
Official station*
Date of birth: (b) (6)
Date of Entry on Duty: 4/1/11

* Title 28, sec. 456 United States Code as amended.

   "Each annual class of new initiates forms a club consisting of 15 members. Initiates are called Knights in the first year and thereafter Patriarchs. The annual announcement of new initiates has not varied over the years."

   "Each club has a number. This is located in the top right hand corner of the announcement sheet (i.e., D 115 for 1917 and D 183 for 1985). Further, one member is designated a "club chairman" or agent, with the function to act as liaison with the Secretary of the Russell Trust Association in New York."

[Sutton, Antony C.. America's Secret Establishment: An Introduction to the Order of Skull & Bones. Trine Day.]



Please print this application. Once completed and signed, please mail to:
Bethpage Federal Credit Union | Attn: Operations | P.O. Box 2069 | Glen Burnie, MD 21060

This is page 1 of 2.

## MEMBERSHIP ACCOUNT SIGNATURE CARD

### 1. ACCOUNT DESIGNATION.

Please indicate if this is a ☐ New account or a ☐ Change to an existing account (check one).*

Check here if there has been a change to: ☐ Member/Taxpayer ☐ Joint Owner ☐ Beneficiary
*This change supersedes all previous designations.

### 2. PRODUCT TYPE AND OPTIONAL SERVICES.

Please indicate the type of account that you are opening or updating. Check all that apply.

☒ Savings    ☒ Checking    ☐ Money Market    ☐ Special Purpose    ☐ Certificate
☐ Young Adult Savings    ☐ Young Adult Checking    ☐ Vacation ☐ Holiday    ☐ Term: _____ Months
☐ ATM Card    ☐ Debit Card ☐ Checks    ☐ Checks

**ACCOUNT NUMBER(S).**

| | |
|---|---|
| ▮▮▮▮ 0340 | ▮▮▮▮ 0340 |

### 3a. ACCOUNT OWNER INFORMATION.

| Member/Taxpayer: Last Name | First Name | M.I. | Occupation | Social Security/Tax ID No. |
|---|---|---|---|---|
| Giustino | Frank | R | LMT | ▮▮▮ |

| Home Street Address | City | State | Zip Code | Email Address | Date of Birth |
|---|---|---|---|---|---|
| ▮▮▮ | | | | | 3/13/1991 |

Identification Type: ☒ Driver's License ☐ Other ID
Identification No. and Place of Issuance: ▮▮▮

| Expiration Date | Landline Phone No. | Wireless Phone No. | Work Phone No. |
|---|---|---|---|
| ▮▮▮ | | ▮▮▮ | ☐ Landline ☐ Wireless |

Are you aware of being on a government watch list? (i.e. PEP or OFAC) ☐ No ☐ Yes  Details:

### 3b.

| Joint Owner: Last Name | First Name | M.I. | Occupation | Social Security/Tax ID No. |
|---|---|---|---|---|
| | | | | |

| Home Street Address | City | State | Zip Code | Email Address | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

Identification Type: ☐ Driver's License ☐ Other ID
Identification No. and Place of Issuance:

| Expiration Date | Landline Phone No. | Wireless Phone No. | Work Phone No. |
|---|---|---|---|
| | | | ☐ Landline ☐ Wireless |

Are you aware of being on a government watch list? (i.e. PEP or OFAC) ☐ No ☐ Yes  Details:

### 3c.

| Joint Owner: Last Name | First Name | M.I. | Occupation | Social Security/Tax ID No. |
|---|---|---|---|---|
| | | | | |

| Home Street Address | City | State | Zip Code | Email Address | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

Identification Type: ☐ Driver's License ☐ Other ID
Identification No. and Place of Issuance:

| Expiration Date | Landline Phone No. | Wireless Phone No. | Work Phone No. |
|---|---|---|---|
| | | | ☐ Landline ☐ Wireless |

Are you aware of being on a government watch list? (i.e. PEP or OFAC) ☐ No ☐ Yes  Details:



MS-305
10/2021



If you have more than three (3) joint owners, please fill out additional Membership Account Signature Card(s) to accommodate the additional joint owners, and mark the card number accordingly.

Card # 1 of 1

This is page 2 of 2

### ④ BENEFICIARY DESIGNATION.

I/We agree that, upon the death of the last surviving account owner, all funds remaining in the above-referenced account(s) shall be paid to the designated beneficiary(ies) in the share percentages indicated. If more than one beneficiary is designated, and no share percentage is indicated, the beneficiaries will be paid equal shares. If any beneficiary dies before the last surviving account holder, his or her interest, and the interest of his or her heirs, shall terminate completely, and the share percentage of any remaining beneficiary(ies) shall be increased on a pro rata basis. I/We acknowledge that the account beneficiary designation(s) indicated on this form supersede all previous beneficiary designations. It is further agreed that no joint account holder may add, delete, or otherwise amend the designated beneficiary(ies) without the consent of all other joint account holders.

If you name only one beneficiary to an account, you may include the "In-Trust-For" (ITF) designation in the account title.

☐ Check this box if the account is in trust for another individual and to include "ITF" in the account title. Write the name of the individual below.

This account is "In-Trust-For" (print name)

| Beneficiary Name & Address | Date of Birth | Social Security / Tax ID No. | Share % |
|---|---|---|---|
|  | Phone No. | ☐ Landline ☐ Wireless | + |
| Beneficiary Name & Address | Date of Birth | Social Security / Tax ID No. | Share % |
|  | Phone No. | ☐ Landline ☐ Wireless | + |
| Beneficiary Name & Address | Date of Birth | Social Security / Tax ID No. | Share % |
|  | Phone No. | ☐ Landline ☐ Wireless | + |
| Beneficiary Name & Address | Date of Birth | Social Security / Tax ID No. | Share % |
|  | Phone No. | ☐ Landline ☐ Wireless | = |

If you have more than four (4) beneficiaries, please fill out additional Membership Account Signature Card(s) to accommodate the additional beneficiaries, and mark the bottom of page 1 accordingly on each Membership Account Signature Card.

Please add up the Share % for all beneficiaries. (The total must equal 100%)

### ⑤ MEMBERSHIP AGREEMENTS AND SIGNATURES.

**Agreement to Terms and Conditions**

By signing below, I/we acknowledge and agree that: (1) the information provided in this Bethpage Federal Credit Union ("Bethpage") Membership Account Signature Card is true and correct to the best of my/our knowledge; (2) I am/we are applying for a Bethpage membership; (3) I/we have received Bethpage's Consumer Member Account Agreement, Bethpage's Fee Schedule, Bethpage's Consumer Member Privacy Notice and any additional required disclosures applicable to this/these Bethpage account(s); (4) I/we agree to be bound by all the terms and conditions applicable to this/these Bethpage account(s) and Bethpage related services, including as each may be amended from time to time; (5) I/we authorize Bethpage to verify any information provided on this application, to inquire of references and other account relationships, and to obtain business and consumer reports from credit reporting agencies on me/us; (6) I/we authorize Bethpage to check my/our credit and employment history; (7) Bethpage may obtain a credit report on me/us and if the application is approved, Bethpage may also obtain additional consumer reports for all legitimate purposes in connection with updating, renewing, modifying, taking collection action on my/our Bethpage account(s) and to evaluate me/us for other Bethpage products and/or services; (8) I/we agree that Bethpage may report information about my/our Bethpage account(s) to credit bureaus and/or check verification systems and to answer questions or requests from others seeking credit experience about my/our Bethpage account(s); and (9) I/we am/are not a foreign (non-US) government official or political officeholder, nor am/are I/we a close associate or family member of a foreign government official or political officeholder.

**Certification of Tax Identification Number (Substitute IRS Form W-9)**

By signing below, under penalty of perjury, I certify that: (1) the number on this form is my correct Taxpayer Identification Number; and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a U.S. citizen or other U.S. person (including a U.S. resident alien), as defined in the IRS W-9 instructions.

The FATCA code is not applicable; Bethpage Federal Credit Union is not a foreign financial institution.

**Certification Instructions:** You must cross out Item 2 if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Signature of Member/Taxpayer (3a) "All transactions redeemed in lawful money on demand pursuant to title 12 USC § 411" [signature] | Date 1/25/22 |
|---|---|
| Signature of Joint Owner (3b, if applicable) | Date |
| Signature of Joint Owner (3c, if applicable) | Date |

### ⑥ FOR INTERNAL USE ONLY.

| Account Number(s) Opened/Updated: | | |
|---|---|---|
| Date: | Branch: | Representative: |
| Courtesy Pay (Reg E): ☐ Opt In ☐ Opt Out ☐ N/A | | Form Completed and System Election Verified ☐ Yes ☐ N/A |

# Donald J. Trump

*President of the United States of America*

# Certificate of Pardon

*Frank Rocco Giustino*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.



*Done at the City of Washington, District of Columbia, on February 14, 2025.*

ID317793